UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARGARET ANN HUDERT, *as Personal Representative of the Estate of Joseph Hudert*, et al.,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action No. 06-834 (JDB)

## ORDER

On September 6, 2006, the Court issued an order in this action directing plaintiffs to file proof of service or provide the Court with a written explanation as to why service of process had not been completed. Plaintiffs responded by filing a return of service demonstrating that the summons and complaint were served upon Attorney General Alberto Gonzales on September 18, 2006. Under Rule 4(i)(1) of the Federal Rules of Civil Procedure, service upon the United States is effected by delivering a copy of the summons and complaint to the United States attorney (or his designee) for the district in which the action is brought <u>and</u> by sending a copy of the summons and complaint to the Attorney General. It does not appear from the record that plaintiffs have served the United States attorney in this district, as required by Rule (4)(i)(1)(A). Accordingly, it is this <u>4th</u> day of <u>December</u>, 2006, hereby

**ORDERED** that plaintiffs shall, by not later than December 18, 2006, either (1) file with the Court proof that the United States attorney has been served with the summons and complaint, or (2) provide the Court with a written explanation as to why service of process has not been

completed.  If plaintiffs fail to comply with this Order or if the Court determines that plaintiffs have not shown good cause for the failure to complete service in compliance with Rule 4(m), this case will be dismissed without prejudice.

**SO ORDERED**.

>             /s/ John D. Bates
> JOHN D. BATES
> United States District Judge