AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MARGARET A. HUDERT, Personal
Representative of the Estate of Joseph
Hudert, et al.

SUMMONS IN A CIVIL CASE

V.

UNITED STATES OF AMERICA

CASE NUMBER: 06-CV-834, JDB

TO: (Name and address of Defendant)

United States of America
The Attorney General, The Honrable Alberto Gonzales
Department of Justice
Room B-112; 10th and Constitution Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD S. LANDSMAN (426091)
MICHAEL H. BURGOYNE (439610)
The Sophmar Building
Six E. Mulberry Street
Baltimore, Maryland 21202

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                                    SEP 1 2 2006

CLERK                                                            DATE

(By) DEPUTY CLERK