AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MARGARET A. HUDERT, Personal
Representative of the Estate of Joseph
Hudert, et al.

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA

CASE NUMBER: 06-CV-834, JDB

TO: (Name and address of Defendant)

United States of America
The Attorney General, The Honrable Alberto Gonzales
Department of Justice
Room B-112; 10th and Constitution Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RONALD S. LANDSMAN (426091)
MICHAEL H. BURGOYNE (439610)
The Sophmar Building
Six E. Mulberry Street
Baltimore, Maryland 21202

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

SEP 12 2006

CLERK *(signature)*                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-18-06  2:15 P.M. |
| NAME OF SERVER (PRINT)  JAMES OZAZEWSKI | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: DELDONE WHITMORE AUTHORIZED AGENT. U.S.A. DEPT. OF JUSTICE

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/19/06
              Date

Signature of Server: James Ozazewski

Address of Server: P.O. Box 28311, Parkville, MD 21234

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.