U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Margaret Ann Hudert, Personal Representative of the Estate of Joseph Hudert, et al.

vs.

United States of America

No. 06-CV-834 JDB

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Civil Cover Sheet, Complaint and Prayer for Jury Trial and Attachment in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:21 pm on December 18, 2006, I served United States of America c/o Jeffrey A. Taylor at 501 3rd Street, NW, Washington, DC 20001 by serving Lateisha Carroll, Mail Clerk, authorized to accept. Described herein:

       SEX-    FEMALE
       AGE-    30
    HEIGHT-    5'6"
      HAIR-    BLACK
    WEIGHT-    170
      RACE-    BLACK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on   12-18-06
                Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181199