UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET HUDERT, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 06-0834 (JDB) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF RELATED CASES

Defendant United States of America, though undersigned counsel, respectfully files this Notice of Related Cases to inform the Court that the instant case is related to Hudert v. Alion Science & Tech. Corp., 05-0545 (RBW), which was removed to this Court on March 17, 2005 by the United States. In the Hudert case currently pending before Judge Walton, the same plaintiffs as herein filed claims against Alion Science & Technology Corp., Grunley-Walsh Joint Venture LLC, the District of Columbia Water & Sewer Authority, M&M Welding & Fabricators, Inc. and the United States arising from the alleged wrongful death of Joseph Hudert. The United States has not yet filed an answer in that case, as the Court has extended the time for the United States to answer the second amended complaint of the Huderts until ten days after the Court rules on the motion for reconsideration regarding the claims against the United States brought by Grunley-Walsh.[1]

In this case, plaintiffs filed a complaint against only the United States based upon the same facts and accident as the case pending before Judge Walton. In fact, the *only* reason

---

[1] Defendant is filing herewith a motion to stay this matter pending the answer in the case currently pending before Judge Walton. Upon the filing of an answer in that matter, plaintiffs have indicated that they will dismiss this matter.

plaintiffs filed this case was to insure that the second amended complaint filed against the United States in the case before Judge Walton was not subject to a statute of limitations defense. The cases present identical claims arising from the same accident and are brought by the same parties against the United States. Accordingly, pursuant to Local Civil Rule 40.5 these matters are related.

February 15, 2007                              Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)