**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARGARET HUDERT, <u>et</u> <u>al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 06-0834 (JDB) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CONSENT MOTION TO STAY**

Defendant Unites States of America, though undersigned counsel, respectfully files this

consent motion to stay and requests that the Court stay this matter pending the filing of an

appropriate answer in the related case, <u>Hudert v. Alion Science & Tech. Corp.</u>, 05-0545 (RBW),

currently pending before Judge Walton.  In support of this motion, defendant states:

On March 17, 2005, the United States removed the <u>Hudert v. Alion Science & Tech.

Corp.</u>, 05-0545 (RBW) case to this Court from the Superior Court for the District of Columbia.

In that matter, the same plaintiffs as herein filed claims against Alion Science & Technology

Corp., Grunley-Walsh Joint Venture LLC, the District of Columbia Water & Sewer Authority,

M&M Welding & Fabricators, Inc. and the United States arising from the alleged wrongful death

of Joseph Hudert.  The United States has not yet filed an answer in that case, as the Court has

extended the time for the United States to answer the second amended complaint until ten days

after the Court rules on the motion for reconsideration regarding the claims against the United

States brought by Grunley-Walsh.

In this case, plaintiffs filed a complaint against only the United States based upon the

same facts and accident as the case pending before Judge Walton.  The ***only*** reason plaintiffs

filed this case was to insure that the second amended complaint filed against the United States in

the case before Judge Walton was not subject to a statute of limitations defense.  And, plaintiffs

have expressed to undersigned counsel that, once the United States files an answer in the case

pending before Judge Walton, they are likely to dismiss the instant matter.

In the interest of judicial economy, therefore, defendant United States of America

respectfully requests that this Court stay the instant matter pending the filing of an answer by the

United States in the case pending before Judge Walton.  Within 10 days of filing an answer in

that matter, the parties herein will file an update with this Court and advise of the parties'

intentions regarding this matter.

February 15, 2007                                        Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)