**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARGARET HUDERT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 06-0834 (JDB) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

This matter comes before the Court on defendant's consent motion to stay. Upon considering the motion and the record herein, it is this _____ day of _____, 2007, hereby

ORDERED that defendant's motion is GRANTED. This matter is STAYED. Within 10 days of the United States filing an answer in the related matter pending before Judge Walton, the parties herein shall file an update with this Court and advise of the parties' intentions regarding this matter.

                                                                                                        _____
                                                                                                        John D. Bates
                                                                                                        United States District Judge