AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Margaret Ann Hudert, Personal Representative
of the Estate of Joseph Hudert, et al

Plaintiffs

V.

United States of America
and
Consolidated Engineering Services, Inc.
and
Day & Zimmermann Group Services, Inc.
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-0834-RBW

TO: (Name and address of Defendant)

Day & Zimmermann Group Services, Inc.
Serve On: the Corporation Trust, Inc.
300 East Lombard Street
Baltimore, Maryland   21202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald S. Landsman, Esquire
Michael H. Burgoyne, Esquire
The Sophmar Building
Six East Mulberry Street
Baltimore, Maryland   21202

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              APR 2 0 2007

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | APRIL 23, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JAMES OZAZEWSKI | PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): REGINA Z. LYNCH, EMPLOYEE OF CORPORATION TRUST, INC. AT 300 EAST LOMBARD STREET, SUITE 1400, BALTO., MD 21202 ACCEPTED THE PAPERS ON 4/23/07 at 9:40 A.M.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/23/07
              Date

Signature of Server: James Ozazewski

Address of Server: P.O. Box 2834 Balto MD 21234

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.