**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARGARET HUDERT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 06-0834 (RBW) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

This matter comes before the Court on defendant's consent motion for an extension of time to respond to the amended complaint. Upon considering the motion and the record herein, it is this _____ day of _____, 2007, hereby

ORDERED that defendant's motion is GRANTED. Defendant shall respond to the amended complaint on or before June 4, 2007.

_____
Reggie B. Walton
United States District Judge