UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARGARET ANN HUDERT, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH HUDERT, et al | * | |
| | * | |
| PLAINTIFFS | * | |
| vs. | * | |
| ALION SCIENCE AND TECHNOLOGY CORP. | * | |
| and | * | |
| GRUNLEY-WALSH JOINT VENTURE, LLC | * | |
| and | * | Case No.: 05-0545-RBW |
| M&M WELDING & FABRICATORS, INC. | * | |
| and | * | |
| DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY | * | |
| | * | |
| and | * | |
| UNITED STATES OF AMERICA | * | |
| | * | |
| DEFENDANTS | | |

*   *   *   *   *   *   *   *   *   *   *   *

| | | |
|---|---|---|
| MARGARET ANN HUDERT, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH HUDERT, et al. | * | |
| | * | |
| PLAINTIFFS | * | |
| vs. | * | |
| UNITED STATES OF AMERICA | * | |
| and | * | Case No.: 06-0834-RBW |
| CONSOLIDATED ENGINEERING SERVICES, INC. | * | |

**and**  *

**DAY & ZIMMERMANN GROUP**
**SERVICES, INC.**                                        *

**DEFENDANTS**                                           *

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## MOTION TO CONSOLIDATE

NOW COMES the Plaintiffs, Margaret Ann Hudert, as Personal Representative of the Estate of Joseph Hudert, Elizabeth Hudert, as Primary Beneficiary of the Estate of Joseph Hudert, and Anthony Joseph Hudert, as Primary Beneficiary of the Estate of Joseph Hudert, by their attorneys, Ronald S. Landsman, Esquire, Samuel J. Pace, Jr., Esquire, and Michael H. Burgoyne, Esquire, and pursuant to FRCP 42, move to consolidate the two actions for all purposes and state as follows:

1. That, the original Complaint and Request for Jury Trial was filed in the Superior Court for the District of Columbia against Alion Science and Technology Corporation and Grunley-Walsh Joint Venture, LLC, jointly and severally, pursuant to D.C. Code Sections 16-2701 and 12-101, et. seq. A Third Party Complaint was filed by Grunley-Walsh Joint Venture, LLC, against USA, among others. USA thereafter removed the case to the United States District Court for the District of Columbia (Case No. 05-0545-RBW).

2. That USA filed a Motion to Dismiss the Third Party Complaint filed by Grunley-Walsh Joint Venture, LLC on April 28, 2005.

3. That an Amended Complaint was filed by Plaintiffs on April 20, 2005, naming M&M Welding & Fabricators, Inc. and District of Columbia Water and Sewer authority as additional Defendants to this matter.

4. That, on May 4, 2006, the Plaintiffs filed a Motion for Leave to Amend

        Complaint. This Second Amended Complaint added as a Defendant, the United States of America.

5. That, on March 22, 2006, this Court granted, in part and denied in part, USA's Motion to Dismiss the Third Party Complaint. Thereafter, the USA filed a Motion for Reconsideration, that was granted. Ultimately, the Motion to Dismiss the Third Party Complaint was granted on March 2, 2007.

6. That, on March 15, 2007, the United States of America answered the Second Amended Complaint.

7. That, all counsel have consented to Plaintiffs filing the Third and Fourth Amended Complaint and Request for Jury Trial in this matter.

8. That, the Motion to file the Third Amended Complaint was filed April 2, 2007.

9. That the Court has not ruled on these Motions.

10. That, the Motion to file the Fourth Amended Complaint was filed on April 19, 2007.

11. That, the Fourth Amended Complaint and Request for Jury Trial names Consolidated Engineering Services, Inc. and Day & Zimmermann Services, Inc. as Defendants in this matter. That none of the other causes of action against the Defendants listed in the Amended Complaint have been changed.

12. That, this Court has not issued a Scheduling Order in this matter at this time. As such, there is no deadline for bringing additional parties into this matter, and no discovery has taken place.

13. That, the Plaintiffs have filed a separate Complaint (Case No.: 06-0834-RBW) and Jury Trial demand against USA.

14. That, on April 19, 2007, the Plaintiffs amended the separate Complaint to

include Consolidated Engineering Services, Inc. and Day & Zimmermann Services, Inc. However, the occurrence and allegations in 06-0834 and 05-0545 are identical.

15. Both actions involve common questions of law and fact.

16. The amendment of the separate Complaint to include the newly named Defendants was filed prior to the statute of limitations date of April 23, 2007, and was done as a matter of course.

17. That, the USA consents to the consolidation of these two actions.

WHEREFORE, the Plaintiffs, by undersigned counsel, respectfully requests this Honorable Court to consolidate, for all purposes, these two actions.

             Respectfully submitted,

             /S/
             **RONALD S. LANDSMAN, ESQUIRE**
             (Bar No. 426091)
             **MICHAEL H. BURGOYNE, ESQUIRE**
             (Bar No. 439610)
             The Sophmar Building
             Six East Mulberry Street
             Baltimore, Maryland 21202
             410-752-4220
             Attorneys for Plaintiffs

             /S/
             **SAMUEL J. PACE, JR., ESQUIRE**
             Dugan Brinkmann Maginnis and Pace
             1880 John F. Kennedy Boulevard, Suite 1400
             Philadelphia, Pennsylvania 19103
             215-563-3500
             Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on this __19th____day of April, 2007, a copy of the foregoing Motion to Consolidate was electronically filed and copies e-mailed to:

Daniel R. Lanier, Esquire
Joseph L. Beavers, Esquire
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, Maryland 21202
Attorneys for Defendant, Alion Science and Technology Corporation

James F. Jordan, Esquire
David P. Durbin, Esquire
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
Attorneys for Defendant, Grunley-Walsh

John F. Henault, Esquire
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
Attorneys for Third Party Defendant, the United States of America

Randell Hunt Norton, Esquire
Sean G. Ryan, Esquire
Thompson O'Donnell, LLP
1212 New York Avenue
Suite 1000
Washington, D. C.  20005
Attorney for Third Party Defendant, Cherry Hill Construction, Inc.

Frederick A. Douglas, Esquire
Douglas Boykin & Oden PLLC
1401 I Street, NW
Suite 310
Washington, DC  20005
Attorneys for Defendant, District of Columbia Water and Sewer Authority

Thomas Patrick Ryan, Esquire
McCarthy Wilson, LLP
100 South Washington Street
Rockville, Maryland  20850
Attorneys for Defendant, M&M Welding & Fabricators, Inc.

AND, copies were mailed first class, postage prepaid on this __19th__ day of April, 2007

to the following:

Consolidated Engineering Services, Inc.
    s/o Corporation Service Company
    1090 Vermont Avenue
    Washington, D.C.  20005

Day & Zimmermann Services, Inc.
    s/o The Corporation Trust, Inc.
    300 East Lombard Street
    Baltimore, Maryland 21202


/S/
**RONALD S. LANDSMAN, ESQUIRE**
The Sophmar Building
Six East Mulberry Street
Baltimore, Maryland 21202
410-752-4220
Attorney for Plaintiffs


/S/
**SAMUEL J. PACE, JR., ESQUIRE**
Dugan, Brinkmann, Maginnis, and Pace
1880 John F. Kennedy Boulevard, Suite 1400
Philadelphia, Pennsylvania  19103
215-563-3500
Attorneys for Plaintiffs