IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT, PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH HUDERT, ET AL | * * * |
| Plaintiffs | * |
| v. | *  Case: 1:06-cv-00834-RBW |
| UNITED STATES OF AMERICA, ET AL | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO FIRST AMENDED COMPLAINT

Defendant, Day & Zimmerman Services, Inc., by undersigned counsel, hereby answers the First Amended Complaint in this matter.

1. This defendant is without sufficient information to admit or deny the substance of paragraph 1, and so denies same.

2. This defendant is without sufficient information to admit or deny the substance of paragraph 2, and so denies same.

3. This defendant is without sufficient information to admit or deny the substance of paragraph 3, and so denies same.

4. Admitted.

5. This defendant is without sufficient information to admit or deny the substance of paragraph 5, and so denies same.

6. This defendant is without sufficient information to admit or deny the substance of paragraph 6, and so denies same.

7. This defendant is without sufficient information to admit or deny the substance of

paragraph 7, and so denies same.

8. This defendant is without sufficient information to admit or deny the substance of paragraph 8, and so denies same.

9. This defendant is without sufficient information to admit or deny the substance of paragraph 9, and so denies same.

10. This defendant is without sufficient information to admit or deny the substance of paragraph 10, and so denies same.

11. Denied.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Admitted.

28. This defendant is without sufficient information to admit or deny the substance of paragraph 28, and so denies same.

29. This defendant is without sufficient information to admit or deny the substance of paragraph 29, and so denies same.

30. This defendant is without sufficient information to admit or deny the substance of paragraph 30, and so denies same.

31. Admitted.

32. Admitted.

33. Denied.

34. Denied.

35. No response required.

36. Denied.

37. Denied.

38. No response required.

39. This defendant is without sufficient information to admit or deny the substance of paragraph 39 and so denies same.

40. Denied.

41. This defendant is without sufficient information to admit or deny the substance of paragraph 41, and so denies same.

42. This defendant is without sufficient information to admit or deny the substance of

paragraph 42, and so denies same.

43. Denied.

44. No response required.

45. This defendant is without sufficient information to admit or deny the substance of paragraph 45, and so denies same.

46. Denied.

### Affirmative Defenses

1. The Fist Amended Complaint fails to state a claim upon which relief may be granted against this defendant.

2. The First Amended Complaint is barred by the applicable statute of limitations.

3. Plaintiff assumed the risk.

4. The First Amended Complaint is barred by contributory negligence.

5. The plaintiffs' injuries and damages, if any, were caused by persons over whom this defendant had no control nor right of control.

6. The First Amended Complaint is barred by waiver, estoppel, release, and accord and satisfaction.

WHEREFORE, having fully answered the First Amended Complaint, defendant prays that the same be dismissed and that it be awarded costs and fees.

LAW OFFICE OF MAHER & ASSOCIATES

*/s/ Mary Malloy Dimaio*
Mary Malloy Dimaio, MD 06794
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, MD 21204
410.769.8100
410.769.8344 – facsimile
Attorney for Defendant, Day & Zimmerman
  Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16<u>th</u> day of May, 2007, a copy of the foregoing Answer to First Amended Complaint was electronically filed and served on:

>Michael H. Burgoyne, Esquire
>Ronald S. Landsman, Esquire
>6 East Mulberry Street
>The Sophmar Building
>Baltimore, MD  21202
>Attorneys for Plaintiffs

>Samuel J. Pace, Jr., Esquire
>Dugan, Brinkmann, Maginnis & Pace
>1800 John F. Kennedy Boulevard
>Suite 1400
>Philadelphia, PA  19103
>Attorney for Plaintiffs

>John F. Henault, Esquire
>Assistant United State Attorney
>555 4<u>th</u> Street, NW
>Washington, DC  20530
>Attorney for Defendant United States of America

>_____
>Mary Malloy Dimaio