UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARGARET ANN HUDERT** | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 1:06-cv-00834 (RBW) |
| v. | ) ) | |
| **UNITED STATES OF AMERICA, et al.** | ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant Consolidated Engineering Services, Inc. hereby gives notice that David D. Hudgins and Sean C.E. McDonough of the Hudgins Law Firm are being substituted for William J. Hickey and Robert M. Gittins of the Law Offices of William J. Hickey as counsel of record for Defendant Consolidated Engineering Services, Inc.  Mr. Hudgins and Mr. McDonough certify that they are admitted to practice before this Court.

Respectfully Submitted,

/s/ William J. Hickey                              /s/ David D. Hudgins

/s/ Robert M. Gittins                              /s/ Sean C.E. McDonough

William J. Hickey                                   David D. Hudgins
Robert M. Gittins                                    D.C. Bar No. 362451
LAW OFFICES OF WILLIAM J. HICKEY     Sean C.E. McDonough
33 Wood Lane                                        D.C. Bar No. 438599
Rockville, MD 20850                              HUDGINS LAW FIRM
301.424.6300                                          515 King Street, Suite 400
301.294.4568 (fax)                                 Alexandria, Virginia 22314
                                                              703.739.3300
*Original counsel for defendant*             703.739.3700 (fax)
*Consolidated Engineering Services, Inc.*

*Substituted counsel for defendant*
*Consolidated Engineering Services, Inc.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 12th day of June 2007 to counsel for parties in the above-captioned case:

                                                          /s/ David D. Hudgins
                                                          David D. Hudgins