UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARGARET ANN HUDERT** | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 1:06-cv-00834 (RBW) |
| v. | ) ) | |
| **UNITED STATES OF AMERICA, et al.** | ) ) | |
| Defendants. | ) ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Defendant Consolidated Engineering Services, Inc. hereby gives notice that David D. Hudgins and Sean C.E. McDonough of the Hudgins Law Firm are being substituted for William J. Hickey and Robert M. Gittins of the Law Offices of William J. Hickey as counsel of record for Defendant Consolidated Engineering Services, Inc.  Mr. Hudgins and Mr. McDonough certify that they are admitted to practice before this Court.

Respectfully Submitted,

/s/ William J. Hickey                         /s/ David D. Hudgins

/s/ Robert M. Gittins                         /s/ Sean C.E. McDonough

William J. Hickey                             David D. Hudgins
Robert M. Gittins                             D.C. Bar No. 362451
LAW OFFICES OF WILLIAM J. HICKEY             Sean C.E. McDonough
33 Wood Lane                                  D.C. Bar No. 438599
Rockville, MD 20850                           HUDGINS LAW FIRM
301.424.6300                                  515 King Street, Suite 400
301.294.4568 (fax)                            Alexandria, Virginia 22314
                                              703.739.3300
*Original counsel for defendant*              703.739.3700 (fax)
*Consolidated Engineering Services, Inc.*

*Substituted counsel for defendant*
*Consolidated Engineering Services, Inc.*

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 13th day of June 2007 to:

**Michael H. Burgoyne**
**Ronald S. Landsman**
LANDSMAN, BURGOYNE & RONALD
The Sophmar Building
Six East Mulberry Street
Baltimore, MD 21202
(410) 752-4220
Fax: (410) 752-4046
Email: mhboffice@burgoynelaw.com
Email: ron@landsmanlaw.com
*Counsel for plaintiff Margaret Ann Hudert*
*Personal representative of the estate of*
*Joseph Hudert*

**Mary Malloy Dimaio**
MAHER & ASSOCIATES
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204
Email: mary.dimaio@aig.com
*Counsel for Day & Zimmerman*

**John F. Henault, Jr.**
UNITED STATES ATTORNEY'S
OFFICE FOR D.C.
555 Fourth Street, NW
Washington, DC 20530
(202) 307-1249
Fax: (202) 514-8780
Email: john.henault@usdoj.gov
*Counsel forUnited States of America*

**William J. Hickey**
**Robert M. Gittins**
LAW OFFICES OF WILLIAM J. HICKEY
33 Wood Lane
Rockville, MD 20850
301.424.6300
301.294.4568 (fax)
Email: bill@hickeylegal.com
Email: rob@hickeylegal.com

       /s/ David D. Hudgins
       Counsel