## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARGARET ANN HUDERT** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 1:06-cv-00834** |
| | ) | **(RBW)** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT OF DEFENDANT CONSOLIDATED ENGINEERING SERVICES, INC.

COMES NOW Defendant, Consolidated Engineering Services, Inc., (hereinafter "CES") by and through the undersigned counsel, pursuant to F.R.Civ.P. 12(b)(6) and F.R.Civ.P. 56, and moves this court to dismiss or enter summary judgment on the claims of Plaintiffs as set forth in their First Amended Complaint. The claims are time-barred, fail to state a claim and are unsupported by the evidence. A separate Memorandum of Points and authorities is being filed herewith.

Respectfully Submitted,
Consolidated Engineering Services, Inc.

By:    /s/ Sean C.E. McDonough
Counsel

David D. Hudgins (DC Bar #362451)
dhudgins@hudginslawfirm.com
Sean C.E. McDonough (DC Bar #438599)
smcdonough@hudginslawfirm.com
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia  22314
(703) 739-3300 tel
(703) 739-3700 fax
Counsel for Consolidated Engineering Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 14th day of June 2007 to:

**Michael H. Burgoyne**
**Ronald S. Landsman**
LANDSMAN, BURGOYNE & RONALD
The Sophmar Building
Six East Mulberry Street
Baltimore, MD 21202
(410) 752-4220
Fax: (410) 752-4046
Email: mhboffice@burgoynelaw.com
Email: ron@landsmanlaw.com
*Counsel for plaintiff Margaret Ann Hudert*
*Personal representative of the estate of*
*Joseph Hudert*

**Mary Malloy Dimaio**
MAHER & ASSOCIATES
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204
Email: mary.dimaio@aig.com
*Counsel for Day & Zimmerman*

**John F. Henault, Jr.**
UNITED STATES ATTORNEY'S
OFFICE FOR D.C.
555 Fourth Street, NW
Washington, DC 20530
(202) 307-1249
Fax: (202) 514-8780
Email: john.henault@usdoj.gov
*Counsel for United States of America*

/s/ Sean C.E. McDonough
Counsel