UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants. | Civil Action No. 1:06-cv-00834<br>(RBW) |

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARGRET ANN HUDERT,  :
PERSONAL REPRESENTATIVE OF  :
THE ESTATE OF JOSEPH HUDERT  :
Et al.  :
                    :
      Plaintiff  :
                    :
vs.  : Case No. 05 CV 0545 (RBW)
                    :
ALION SCIENCE AND TECHNOLOGY  :
CORP., et al.  :
                    :
      Defendants  :

## AFFIDAVIT OF RICHARD SMALL

IN THE DISTRICT OF COLUMBIA:

Richard Small, first being duly sworn, deposes and sayeth upon personal knowledge and under penalties of perjury the following:

1. I am over the age of eighteen and a citizen of the United States.

2. I have personal knowledge of the facts set forth below in this affidavit.

3. I am presently employed by Consolidated Engineering Services, Inc. as Director of Operations.

4. I have personal and direct knowledge of the agreement whereby Consolidated Engineering Services, Inc. first assumed any responsibility as a contractor to General Services Administration (GSA) for preventative maintenance and repair of the Heating Operation and Transmission District, (HOTD), Steam Distribution Complex (SDC) for the District of Columbia.

5. I have personal knowledge that Day & Zimmerman Services, Inc. was fully and solely contracted by the GSA to perform these same services immediately prior to Consolidated Engineering Services, Inc. assumption of the contractual duties.

6. I have read and reviewed the Fourth Amended Complaint and in particular paragraphs eighteen (18) through twenty-one (21). These paragraphs are wrong, erroneous and completely factually inaccurate. At no time did Consolidated Engineering Services, Inc. have any contractual responsibility to provide maintenance and repair services for the GSA steam distribution tunnels, or repairs or replacement of mechanical systems and equipment in the manholes, vaults, tunnels sumps for the SDC in 2002 as alleged in the Fourth Amended Complaint.

7. This is so because Consolidated Engineering Services, Inc. did not assume any repair, maintenance or inspection responsibility until the contract between GSA and Consolidated Engineering became effective on August 30, 2004. (See **Exhibit 1** attached hereto as the **Amendment to Solicitation/Modification of Contract**).

8. Further, to my personal knowledge, no other entity other than Day & Zimmerman had contractual duties or responsibilities for repair, maintenance and inspection of the SDC for the GSA prior to August 30, 2004 when Consolidated Engineering Services, Inc. assumed the contract.

9. Therefore, Consolidated Engineering Services, Inc. had absolutely no legal or contractual duty or obligation to the GSA for maintenance, inspection or repair of the steam distribution tunnels, repairs or replacement of mechanical steam line systems or equipment in the manholes, vaults, tunnels or sumps on April 23, 2004 or May 3, 2004 as erroneously alleged in the Fourth Amended Complaint.

10. At no time did onsolidated Engineering Services, Inc. perform any services to monitor or observe the alleged job site or engage in any action at or near the manhole 11 on or about the day in question as alleged in the Fourth Amended Complaint.

RICHARD SMALL, FMA

DISTRICT OF COLUMBIA to wit:

I HEREBY CERTIFY that on this 16 day of May, 2007, before me, a Notary Public of the District of Columbia personally appeared RICHARD SMALL and he acknowledges the foregoing Affidavit to be true and correct as therein stated to the best of his knowledge and belief.

AS WITNESS my hand and Notarial Seal.

Andrea M. Moore
Notary Public

My Commission Expires: 5/31/2011

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
|  | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| PA04 | Aug 30, 2004 | | |

**6. ISSUED BY** CODE: WPC

GSA
HCTD Service Delivery Team
13th & C Sts, S.W.
Washington, DC 20407
Aliza Y. Brown       (202)690-9701

**7. ADMINISTERED BY** (If other than Item 6)  CODE:
SEE BLOCK 6

**8. NAME AND ADDRESS OF CONTRACTOR** (No., Street, County, State and ZIP Code)

Day & Zimmermann Svcs
1818 Market St
10th Floor
Philadelphia PA 19103-3672

Vendor ID: [redacted]
DUNS: [redacted]
CAGE:

| (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
|  |  |
|  | 9B. DATED (SEE ITEM 11) |
|  |  |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|  | GS-11P-02-YMC-0085 |
|  | 10B. DATED (SEE ITEM 13) |
|  | Mar 21, 2002 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
See Schedule

US    0.00

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). (such as changes in paying office, appropriation date, etc.)

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[ ] D. OTHER (Specify type of modification and authority)

**IMPORTANT:** Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

----------Contract number  GS-11P-02-YMC-0085----------

This contract number GS-11P-02-YMC-0085 for providing maintenance and repair services for the GSA Steam Distribution Tunnels is hereby modified to novate the contract, in accordance with the attached novation agreement dated July 14, 2004, as follows:

Day and Zimmermann Services, Inc.
1818 Market Street - 10th floor

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or Print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or Print) |
|---|---|
| William R. Holmes, President | Michael Vrobel<br>Contracting Officer<br>michael.vrobel@gsa.gov   (202)708-7853 |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| [signature] | 08/27/2004 | [signature] BY (Signature of Contracting Officer) | 8/27/04 |

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

**EXHIBIT 1**

Philadelphia, PA 19103
DUNS No ███████
CAGE/NCAGE-1WSV6

is hereby transferred to:

Consolidated Engineering Services, Inc.
320 23rd Street South, Suite 100
Arlington, VA 22202
DUNS No. ███████
CAGE/NCAGE Code-085P7

Novation is effective August 30, 2004

ALL OTHER TERMS AND CONDITIONS REMAIN THE SAME