UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendants. | Civil Action No. 1:06-cv-00834<br>(RBW) |

## ORDER

UPON CONSIDERATION of Defendant Consolidated Engineering Services, Inc.'s Motion to Dismiss and/or for Sumamry Judgment, any opposition thereto, and good cause having been shown, it is this _____ day of _____, 2007 hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Plaintiffs' Amended Complaint and the claims stated therein against Consolidated Engineering Services, Inc. are hereby DISMISSED WITH PREJUDICE.

The Honorable Reggie B. Walton
Judge, United States District Court
for the District of Columbia

**Copies to:**

**David D. Hudgins**
**Sean C.E. McDonough**
HUDGINS LAW FIRM
515 King Streeet, Suite 400
Alexandria, Virginia 22314
**Michael H. Burgoyne**
**Ronald S. Landsman**
LANDSMAN, BURGOYNE & RONALD
The Sophmar Building
Six East Mulberry Street
Baltimore, MD 21202

**Mary Malloy Dimaio**
MAHER & ASSOCIATES
Nottingham Center, Suite 410
502 Washington Avenue
Towson, MD 21204

**John F. Henault, Jr.**
UNITED STATES ATTORNEY'S OFFICE FOR D.C.
555 Fourth Street, NW
Washington, DC 20530