UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARGARET HUDERT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 06-0834 (RBW) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANT UNITED STATES OF AMERICA'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

Defendant Unites States of America, though undersigned counsel, respectfully files this consent motion enlarge the time for it to answer or otherwise respond to the amended complaint by ninety days, or until in this case until October 9, 2007.  In support of this motion, defendant states:

This case is a related matter to the case captioned Hudert v. Alion Science & Tech. Corp., 05-0545 (RBW), also currently pending before this Court.  That case raises the exact same claims against by the exact same plaintiff against the same parties included in this matter.  In the interest of preserving resources of the parties, and in conserving judicial resources, counsel for the United States and counsel for plaintiff are discussing alternatives for dealing with this case.  Rather than file have the United States file a motion to dismiss this action at this time pursuant to the "first filed rule," the parties have agreed to extent the time for the United States to respond to the complaint to permit the parties to resolve the issues.  Moreover, the extension sought herein will not delay the action, as a separate defendant has filed a motion to dismiss that is not yet fully briefed.

Pursuant to Local Civil Rule 7(m), plaintiffs consent to the relief requested herein.

July 5, 2007                                    Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)