## RULE 56(F) AFFIDAVIT

Commonwealth of Pennsylvania

County of Philadelphia

I, Samuel J. Pace, Jr., do state that I am counsel for plaintiffs in the action *Hudert et al. v. Alion Science and Technology Corp., et al.* The contract upon which plaintiffs' claims against Consolidated are based is dated March 21, 2002. Plaintiffs have obtained a work order for the job site at which Mr. Hudert was injured indicating that Consolidated was authorized in December 2003, prior to Mr. Hudert's injuries to perform work there, indicating only that the due date was January 2005, without indicating when the work was to be performed between December 2003 and January 2005.

On March 15, 2007, this Court entered a stay of discovery ending pending a scheduling order, which has not been entered as the pleadings are not yet closed. Based upon this stay of discovery, the General Services Administration has refused to provide even limited discovery to plaintiffs, such as documents relating to the Consolidated contract, and has similarly refused to permit any depositions regarding the contract and Consolidated's work to take place.

_____
SAMUEL J. PACE, JR.

Subscribed and sworn to before me
this 10th day of July 2007.

Linda W. Delmont
Notary Public
My Commission Expires    10/28/07

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Linda W. Delmont, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Oct. 28, 2007
Member, Pennsylvania Association Of Notaries