# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 3 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| PS05 | Mar 1, 2005 | | |

**6. ISSUED BY** CODE: WPO

GSA
HOTD Service Delivery Team
13th & C Sts, S.W.
Washington, DC 20407
Elaine Durbin       (202)708-5637

**7. ADMINISTERED BY** (If other than Item 6)   CODE

SEE BLOCK 6

**8. NAME AND ADDRESS OF CONTRACTOR** (No., Street, County, State and ZIP Code)

Consolidated Engineering Svcs
320 23rd St South
Suite 100
Arlington VA 22202

Vendor ID: 00006019
DUNS: 858888761
CAGE:

| (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>GS-11P-02-YMC-0085 |
| | 10B. DATED (SEE ITEM 13)<br>Mar 21, 2002 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)
P11642224192XP11210206125A42516          DC0400ZZ                              US  1,518,087.72

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). (such as changes in paying office, appropriation date, etc.) |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR 52.217-9 Option to extend the term of the contract |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor [ ] is not, [X] is required to sign this document and return  3  copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The above referenced contract for providing maintenance and repair services for the GSA Steam Distribution Tunnels, Washington, D.C., is modified to exercise the Government's option (Option Lot III) to extend services for an additional twelve month period. Services shall be retroactive to March 1, 2005, through February 28, 2006.

The attached wage determination number 1994-2104 (Rev.-23) shall be applicable during the Option Lot III period, and shall be posted in conspicuous places available to employees working under this contract. Based on negotiations conducted prior to exercise of this option, the agreed upon price

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or Print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or Print) |
|---|---|
| William C. Davis, Senior Vice President | Michael Vrobel   (202)708-7853<br>Contracting Officer<br>michael.vrobel@gsa.gov |
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)*<br>15C. DATE SIGNED  8/5/05 | 16B. UNITED STATES OF AMERICA<br>BY *(Signature of Contracting Officer)*<br>16C. DATE SIGNED  8/5/05 |

NSN 7540-01-152-8070
PREVIOUS EDITIONS UNUSABLE
30-105
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

| SF 30 Continuation of Block 14 Narrative | PAGE | OF PAGES |
|---|---|---|
| | 2 | 3 |

includes changes made to the contract and changes in the applicable wage rates and fringe befefits in accordance with FAR 52.222-43.

Services under the Option Lot III period shall be provided for the total estimated amount of $1,518,087.72.

Evidence of Insurance under this option period is required. Please submit your evidence of insurance to the address specified in block 6 above within 15 days after receipt of this modification.

Any questions concerning this modification should be referrred to Elaine Durbin as specified in block 6 above.

SUPPLIES OR SERVICES AND PRICES/COSTS

| ITEM NO. | SUPPLIES OR SERVICES | QUANTITY | UI | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | Provide maintenance and repair services at the GSA Steam Distribution Tunnels. | 12 | MO | 126,507.31 | 1,518,087.72 |

GS-11P-02-YMC-0085  PS05

Page - 3