UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT,<br>Personal Representative of the<br>Estate of JOSEPH HUDERT, et al.:<br>    Plaintiffs<br><br>v.<br><br>ALION SCIENCE AND TECHNOLOGY<br>CORP. et al.<br>    Defendants | :<br>:<br>: CIVIL ACTION<br>:<br>: NO. 06-834 (RBW)<br>:<br>:<br>:<br>:<br>: |

## ORDER

Upon consideration of Motion of Defendant, Consolidated Engineering Services, Inc. to Dismiss or for Summary Judgment, and Plaintiffs' Opposition thereto, it is this _____ day of , 2007, ORDERED that Defendant's Motion is GRANTED IN PART AND DENIED IN PART. Those portions of Counts II, III and IV of the Fourth Amended Complaint seeking recovery for wrongful death only under and pursuant to D.C. Code § 16-2702 are hereby dismissed. Defendants Motion is in all other respects DENIED.

REGGIE B. WALTON, U.S.D.J.