IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARGARET ANN HUDERT, et al.   *

        Plaintiffs,   *

v.   *

UNITED STATES OF AMERICA, et al.   *   Civil Action No.: 06-834 (RBW)

        Defendants.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PLAINTIFFS' OPPOSITION TO THE MOTION TO DISMISS OR FOR SUMMARY JUDGMENT OF DEFENDANT, CONSOLIDATED ENGINEERING SERVICES, INC.

NOW COME Plaintiffs, Margaret Ann Hudert, as Personal Representative of the Estate of Joseph Hudert, Elizabeth Hudert as Primary Beneficiary of the Estate of Joseph Hudert, and Anthony Joseph Hudert, as Primary Beneficiary of the Estate of Joseph Hudert, by their attorneys, Ronald S. Landsman, Esquire, Michael H. Burgoyne, Esquire, and Samuel J. Pace, Jr., Esquire, and move this Court to deny Defendant Consolidated Engineering Services, Inc.'s Motion to Dismiss and/or for Summary Judgment that has been filed in the above-captioned case. There has been no discovery and there are disputes of fact. A separate Memorandum of Points and Authorities is being filed herewith.

Respectfully submitted,

/S/
**RONALD S. LANDSMAN, ESQUIRE**
(Bar No. 426091)
**MICHAEL H. BURGOYNE, ESQUIRE**
(Bar No. 439610)
The Sophmar Building
Six East Mulberry Street
Baltimore, Maryland 21202
410-752-4220
Attorneys for Plaintiffs

/S/
**SAMUEL J. PACE, JR., ESQUIRE**
Dugan Brinkmann Maginnis and Pace
1880 John F. Kennedy Boulevard, Suite 1400
Philadelphia, Pennsylvania 19103
215-563-3500
Attorneys for Plaintiffs