# PM Work Order

*Status:* COMPLETE  
*Work Order Number:* Y04000450  
*Location:* 17th at NEOB (S of H)  

*Safety :* .F.  

*Component Number:*  
*Building Number:* 11020165  
*Date Scheduled:* 12/28/03  

**Work Requested:**   PM Check For Assembly -----> Manhole 11 at : 17th at NEOB (S of H)  
On System -----> Zone 1 - White House West at : 18th / NY / 17th - C to  

*Action Taken:*   PMED  

*Time Issued:*  
*Date Issued:* 03/12/04  
*Date Completed:* 01/12/05  

*Account Number:* S01  
*Sub Account:* PM  
*Category:* PM  

*Priority:* 3 Normal  
*Shop:* SDC  
*Assigned To:* CES  

*Requested By:* PM SCHEDULE  
*Phone:*  

*Due Date:* 01/12/05  

*Reimbursement Classification:*   A Basic Scope Lump Sum Inspections, PM &  

*Total Time:* 0.00   *Labor Cost:* 0.00   *Material Cost:* 0.00  

*Total Work Order Cost (Labor+Materials):* 0.00  

## LABOR RECORD

| Employee/Vendor Number | Name | Regular Time | Over Time | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## MATERIAL RECORD

| Part Number | Description | Charge Account | Qty Issued | Cost |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PM Assembly Equipment for Workorder   Y04000450**

PM Check For Assembly -----> Manhole 11 at : 17th at NEOB (S of H)
On System -----> Zone 1 - White House West at : 18th / NY / 17th - C to H

| Component # | PM Due | Checklist | Priority | Shop | Complete?/Date | Action Taken |
|---|---|---|---|---|---|---|
| E-17-3J59 | ANNUAL | XE-17 | 3 | SDC | ☐ _____ | _____ |
| EXPANSION JOINTS EXPANSION JOINT 6 11 17TH ST IN FRONT OF NEOB S01-017 | | | | | | |
| E-17-5J20 | ANNUAL | XE-17 | 3 | SDC | ☐ _____ | _____ |
| EXPANSION JOINTS EXPANSION JOINT 10 FRONT NEOB S01-017 | | | | | | |
| M-4-MH#11 | ANNUAL | M-04 | 3 | SDC | ☐ _____ | _____ |
| S-8-5S37 | ANNUAL | XS-08 | 3 | SDC | ☐ _____ | _____ |
| STRAINER Y STRAINER 3/4  S01-017 | | | | | | |
| S-8-5S38 | ANNUAL | XS-08 | 3 | SDC | ☐ _____ | _____ |
| STRAINER Y STRAINER 3/4  S01-017 | | | | | | |
| T-8-4T151 | ANNUAL | XT-08 | 3 | SDC | ☐ _____ | _____ |
| TRAPS (ALL TYPES) TRAP BUCKET H/S THRU L/S (MH-11) INFRONT OF NEOB S01-017 | | | | | | |
| V-3-5V420 | ANNUAL | XV-03 | 3 | SDC | ☐ _____ | _____ |
| PRESSURE REGULATORS VALVE 3/4  S01-017 | | | | | | |
| V-5-3V110 | ANNUAL | XV-05 | 3 | SDC | ☐ _____ | _____ |
| VALVE VALVE 3 INFRONT OF NEOB S01-017 | | | | | | |

# Work Order

*Status:* COMPLETE  
*Work Order Number:* Y03001840  
*Location:* Manhole 11  

*Safety :* .F.  

*Component Number:*  
*Building Number:* 11020165  
*Date Scheduled:* 11/18/03  

**Work Requested:** Isolate steam to the NEOB building in manhole number 11.

*Action Taken:* We isolated steam to the NEOB Building and M & M made neccessary

*Time Issued:* 13:01  
*Date Issued:* 11/15/03  
*Date Completed:* 11/15/03  

*Account Number:*  
*Sub Account:*  
*Category:*  

*Priority:* 5  
*Shop:* SD  
*Assigned To:*  

*Requested By:* J. Bright  
*Phone:* 690-9750  

*Due Date:* 11/18/03  

*Reimbursement Classification:*  

*Total Time:* 0.00    *Labor Cost:* 0.00    *Material Cost:* 0.00  

*Total Work Order Cost (Labor+Materials):* 0.00  

## LABOR RECORD

| Employee/Vendor Number | Name | Regular Time | Over Time | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## MATERIAL RECORD

| Part Number | Description | Charge Account | Qty Issued | Cost |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |