UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT, Personal Representative of the Estate of JOSEPH HUDERT, et al., | : : : : |
| Plaintiff, | : : |
| v. | :   Case No. 06-0834-RBW : |
| UNITED STATES OF AMERICA, CONSOLIDATED ENGINEERING SERVICES, INC., and DAY & ZIMMERMAN GROUP SERVICES, INC. | : : : : : |
| Defendants. | : |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Mary Malloy Dimaio, Esquire as attorney for Defendant Day & Zimmerman Group Services, Inc.

PLEASE ENTER THE APPEARANCE of Michael T. Hamilton, Esquire as attorney for Defendant Day & Zimmerman Group Services, Inc.  This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant.  Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

| | |
|---|---|
| */s/ Mary Malloy Dimaio* | */s/ Michael T. Hamilton, Esquire* |
| Mary Malloy Dimaio, Esquire | Michael T. Hamilton, Esquire |
| Law Office of Maher & Associates | Marks, O'Neill, O'Brien & Courtney, P.C. |
| 502 Washington Avenue, #410 | 913 North Market Street, #800 |
| Towson, MD 21204 | Wilmington, DE 19801 |
| (410) 769-8344 | (302) 658-6538 |

DE087051.1