UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT, Personal Representative of the Estate of JOSEPH HUDERT, et al., | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Case No. 06-0834-RBW <br> : |
| UNITED STATES OF AMERICA, CONSOLIDATED ENGINEERING SERVICES, INC., and DAY & ZIMMERMAN GROUP SERVICES, INC. | : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**ENTRY OF ADDITIONAL APPEARANCE**

PLEASE ENTER THE ADDITIONAL APPEARANCE of Dawn C. Doherty, Esquire as attorney for Defendant Day & Zimmerman Services, Inc.

                                         /s/ Dawn C. Doherty
                                         Dawn C. Doherty, Esquire (414534)
                                         Marks, O'Neill, O'Brien & Courtney, P.C.
                                         913 North Market Street, #800
                                         Wilmington, DE 19801
                                         (302) 658-6538
                                         *Attorney for Defendant Day & Zimmerman*

DATED: July 31, 2007

DE087342.1