## CERTIFICATE OF SERVICE

I, **Michael T. Hamilton** of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this **31st** day of **July**, 2007, the attached **Entry of Additional Appearance** was served by first class mail upon the following counsel of record:

> William P. Lightfoot, Esquire
> Paulette E. Chapman, Esquire
> Kelly J. Fisher, Esquire
> 2001 Pennsylvania Avenue, N.W., #450
> Washington, DC 20006
>
> Consolidated Engineering Services, Inc.
> 320 23rd Street South, #100
> Arlington, VA 22202

>                                         */s/ Michael T. Hamilton*
>                                         Michael T. Hamilton, Esquire (474233)