UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| ALION SCIENCE & TECH. CORP, et al., | ) No. 05-0545 (RBW) |
| Defendants, | ) |

**DEFENDANT UNITED STATES OF AMERICA'S CONSENT MOTION
FOR AN EXTENSION OF TIME TO RESPOND TO CROSS CLAIMS
OF DAY & ZIMMERMANN GROUP SERVICES, INC.**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant United States of America respectfully moves this Court to enlarge the time from October 22, 2007, to November 12, 2007, for Defendant to respond to the cross claim of Day & Zimmermann Group Services, Inc. Pursuant to Local Rule 7(m), the parties conferred and counsel for Day & Zimmerman consented to this Motion.

There is good cause for the Court to grant this Motion. The undersigned counsel had intended to file the Government's response to Day & Zimmerman's cross claims by October 22, 2007 (the due date); however, the undersigned was recently assigned to argue before the D.C. Circuit in Morley v. CIA, No. 06-5382 (D.C. Cir.), scheduled for that same day. Consequently, the undersigned counsel has been devoting substantial time to preparing for the oral argument and has not had an opportunity to finalize an appropriate response to the cross claims.

More importantly, the undersigned and counsel for Day & Zimmerman have conferred on the cross claims and there were discussions that Day & Zimmerman may voluntarily dismiss its cross claims against the Government. Specifically, because Day & Zimmerman's cross

claims may be deemed similar to the third-party claims filed by Grunley-Walsh, which the Court previously dismissed,[1] Day & Zimmerman has indicated that it is reviewing the Court's orders and will contemplate whether to voluntarily dismiss its cross claims against the Government. A short extension of time here will allow the parties an opportunity to continue to discuss an informal resolution of the issue , if possible, without further litigation.

For these reasons, the Court should extend the deadline from October 22, 2007, to November 12, 2007, for Defendant to respond to Day & Zimmerman's cross claims.

Dated: October 18, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

---

[1] See Hudert v. Alion Science & Tech. Corp., 429 F. Supp.2d 99 (D.D.C. 2006); Hudert v. Alion Science & Tech Corp., 2007 WL 666567 (D.D.C. 2007 Mar. 2, 2007).

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ALION SCIENCE & TECH. CORP, et al., | )   No. 05-0545 (RBW) |
| | ) |
| Defendants, | ) |
| | ) |
| _____ | ) |

## ORDER

Upon consideration of Defendant United States of America's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant United States of America's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, November 12, 2007, to respond to a cross claim by Day & Zimmerman Group Services Inc.

SO ORDERED.

_____
U.S. District Judge