UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT, et. al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>ALION SCIENCE & TECH. CORP., )<br>et. al., )<br>)<br>    Defendants, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>et. al., )<br>)<br>    Third-Party Defendants. )<br>_____) | Civil Action No. 05-545 (RBW) |

**ORDER**

In accordance with the Memorandum Opinion issued herewith, it is hereby

ORDERED that Defendant Consolidated Engineering Services, Inc.'s Motion to Dismiss and for Summary Judgment [D.E. #117] is granted in part and denied in part. The defendant's motion to dismiss is granted with respect to Counts II, III, and IV of the Fourth Amended Complaint, and the defendant's motion for summary judgment is denied without prejudice with respect to Count I. It is further

ORDERED that with respect to Count I, the plaintiffs will be permitted to conduct limited discovery for a period of 45 days from the date of this order, on the issue of Consolidated Engineering Services, Inc.'s responsibility for maintaining the steam tunnels and pipelines in question on April 23, 2004.

SO ORDERED this 30th day of November, 2007.

                                                REGGIE B. WALTON
                                                United States District Judge