UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**MARGARET ANN HUDERT, et al.**   )
                                            )
     **Plaintiffs,**            )   Civil Action No. 1:05-cv-00545
                                            )   (RBW)
**v.**                                    )
                                            )
**ALION SCIENCE & TECHNOLOGY**  )
**CORP., et al.**                         )
                                            )
     **Defendants.**           )
_____)

**PRAECIPE OF DISMISSAL OF DEFENDANT CONSOLIDATED
ENGINEERING SERVICES, INC. ONLY WITH PREJUDICE**

    Pursuant to FRCP 41, it is hereby stipulated by the undersigned, counsel of record for the parties in this action, that any and all claims asserted by the plaintiffs and the three cross-claimants M&M Welding & Fabricators, Inc., District of Columbia Water and Sewer Authority and Grunley-Walsh Joint Venture, LLC, or any other party, are dismissed as to defendant Consolidated Engineering Services, Inc. <u>with</u> <u>prejudice</u> and without costs to any party as against the other.  All claims and cross-claims by, between or among the other parties herein remain open.

Dated: February 25, 2008                **Plaintiff Margaret Ann Hudert**
**Personal representative of the estate of Joseph**
**Hudert and as Parent and Next Friend to**
**Anthony Joseph Hudert, Elizabeth Hudert,**
**andAnthony Joseph Hudert Minor and primary**
**beneficiary of the estate of Joseph Hudert**


/s/ Michael Burgoyne_____
**Michael H. Burgoyne**
Thomas, Thomas & Hafer LLP
The Sophmar Building
Six East Mulberry Street
Baltimore, MD 21202
Phone: (410) 752-0075
Fax: (410) 752-4744
mburgoyne@tthlaw.com
*and*
**Samuel J. Pace, Jr.**
DUGAN BRINKMANN MAGINNIS & PACE
1880 John F. Kennedy Boulevard
Suite 1400
Philadelphia, PA 19103
(215) 563-3500
*Counsel for Plaintiffs*


Dated: February 25, 2008                **CONSOLIDATED ENGINEERING**
**SERVICES, INC.**

/s/ Sean C.E. McDonough
**Sean C.E. McDonough (#438599)**
**David D. Hudgins**
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA 22314
Telephone: 703-739-3300
*Counsel Consolidated Engineering Services, Inc.*

2

Dated: February 25, 2008    **M&M WELDING & FABRICATORS, INC.**

_/s/_ Jonathan Clark _____
**Thomas Patrick Ryan**
**Jonathan Clark**
MCCARTHY WILSON LLP
210 East Lexington Street
Suite 200
Baltimore, MD 21202
(410) 528-7700
Fax: (410) 528-7736
Email: ryant@mcwilson.com
*Counsel for M&M Welding & Fabricators, Inc.*

Dated: February 25, 2008    **DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY**

/s/ __ Frederick Arnold Douglas_____
**Frederick Arnold Douglas**
**Robert Lee Dillard, Jr.**
DOUGLAS & BOYKIN, PLLC
1850 M Street, NW
Suite 640
Washington, DC 20036
(202) 776-0370
Fax: (202) 776-0975
Email: FADouglas@DBO-Law.com
Email: rdillard@douglasboykin.com
*Counsel for District of Columbia Water and Sewer Authority*

Dated: February 29, 2008  **GRUNLEY-WALSH JOINT VENTURE, LLC**

  /s/ James F. Jordan_____
**James Francis Jordan**
**David P. Durbin**
JORDAN, COYNE & SAVITS
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202) 496-2801
Fax: (202) 496-2800
Email: j.jordan@jocs-law.com
Email: d.durbin@jocs-law.com
*Counsel* for *Grunley-Walsh Joint Venture, LLC*

Dated: February 26, 2008  **CHERRY HILL CONSTRUCTION, INC.**

  /s/ Randell Hunt Norton _____
**Randell Hunt Norton**
**Sean Gordon Ryan**
THOMPSON, O'DONNELL, LLP
1212 New York Avenue NW
Suite 1000
Washington, DC 20005
(202) 289-1133
Fax: (202) 289-0275
Email: rhn@tomnh.com
Email: sgr@tomnh.com

4

Dated: February 26, 2008                **ALION SCIENCE & TECHNOLOGY CORP.**

                        __/s/ Joseph L. Beavers_____
**Daniel R. Lanier**
**Joseph L. Beavers**
**Alicia C. Reynolds**
MILES & STOCKBRIDGE
10 Light Street
Baltimore, MD 21202
(410) 385-3651
Fax: (410) 385-3700
Email: dlanier@milesstockbridge.com
Email: jbeavers@milesstockbridge.com
Email: areynolds@milesstockbridge.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 3rd day of March 2008 to:

**Michael H. Burgoyne**
LANDSMAN, BURGOYNE & RONALD
The Sophmar Building
Six East Mulberry Street
Baltimore, MD 21202
(410) 752-4220
Fax: (410) 752-4046
Email: mburgoyne@tthlaw.com
*and*
**Samuel J. Pace, Jr.**
DUGAN BRINKMANN MAGINNIS & PACE
1880 John F. Kennedy Boulevard
Suite 1400
Philadelphia, PA 19103
(215) 563-3500
*Counsel for plaintiff Margaret Ann Hudert Personal representative of the estate of Joseph Hudert and as Parent and Next Friend to Anthony Joseph Hudert,*
***Elizabeth Hudert**, and*
*Anthony Joseph Hudert*
*Minor and primary beneficiary of the estate of Joseph Hudert*

**Randell Hunt Norton**
**Kenneth Gordon Stallard**
**Matthew Wesley Carlson**
**Sean Gordon Ryan**
THOMPSON, O'DONNELL, LLP
1212 New York Avenue NW
Suite 1000
Washington, DC 20005
(202) 289-1133
Fax: (202) 289-0275
Email: rhn@tomnh.com
Email: kgs@tomnh.com
Email: mwc@tomnh.com
Email: sgr@tomnh.com
*and*
**Anthony B. Taddeo, Jr.**
LECLAIR RYAN
951 East Byrd Street
Richmond, VA 23218
(804) 916-7197
Fax: (804) 916-7297
Email: anthony.taddeo@leclairryan.com
*and*
**John Michael Fitzpatrick**
LECLAIR RYAN
707 East Main Street
Richmond, VA 23219
(804) 343-4172
Fax: 804-783-2294
Email: jfitzpatrick@leclairryan.com
*Counsel for Cherry Hill Construction, Inc.*

| | |
|---|---|
| **Daniel R. Lanier**<br>**Joseph L. Beavers**<br>**Alicia C. Reynolds**<br>MILES & STOCKBRIDGE<br>10 Light Street<br>Baltimore, MD 21202<br>(410) 385-3651<br>Fax: (410) 385-3700<br>Email: dlanier@milesstockbridge.com<br>Email: jbeavers@milesstockbridge.com<br>Email: areynolds@milesstockbridge.com<br>*Counsel for Alion Science & Technology Corp.* | **Frederick Arnold Douglas**<br>**Robert Lee Dillard, Jr.**<br>DOUGLAS & BOYKIN, PLLC<br>1850 M Street, NW<br>Suite 640<br>Washington, DC 20036<br>(202) 776-0370<br>Fax: (202) 776-0975<br>Email: FADouglas@DBO-Law.com<br>Email: rdillard@douglasboykin.com<br>*Counsel for District of Columbia Water and Sewer Authority* |
| **James Francis Jordan**<br>**David P. Durbin**<br>JORDAN, COYNE & SAVITS<br>1100 Connecticut Avenue, NW<br>Suite 600<br>Washington, DC 20036<br>(202) 496-2801<br>Fax: (202) 496-2800<br>Email: j.jordan@jocs-law.com<br>Email: d.durbin@jocs-law.com<br>*Counsel* for *Grunley-Walsh Joint Venture, LLC* | **Thomas Patrick Ryan**<br>**Jonathan Clark**<br>MCCARTHY WILSON LLP<br>210 East Lexington Street<br>Suite 200<br>Baltimore, MD 21202<br>(410) 528-7700<br>Fax: (410) 528-7736<br>Email: ryant@mcwilson.com<br>*Counsel for M&M Welding & Fabricators, Inc.* |
| **John Truong**<br>**John F. Henault, Jr.**<br>UNITED STATES ATTORNEY'S OFFICE FOR D.C.<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 307-1249<br>Fax: (202) 514-8780<br>john.henault@usdoj.gov<br>john.truong@usdoj.gov<br>*Counsel for United States of America and General Services Administration* | **Norman Brooks**<br>**Theodore Segletes**<br> 913 M. Market Street<br>Suite 800<br>Wilmington, DE 19801<br>nbrooks@mooclaw.com<br>TSegletes@mooclaw.com<br>*Counsel for Day & Zimmerman* |

/s/ Sean C.E. McDonough
Counsel

7