## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARGARET ANN HUDERT, et al.,  )  | ) |
| Plaintiffs, ) | Civil Action No. 1:05-cv-00545 |
| ) | (RBW) |
| v. ) |  |
| ALION SCIENCE & TECHNOLOGY ) |  |
| CORP., et al. ) |  |
| Defendants. ) |  |

### MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT OF DEFENDANT CONSOLIDATED ENGINEERING SERVICES, INC.

COMES NOW Defendant, Consolidated Engineering Services, Inc., (hereinafter "CES") by and through the undersigned counsel, pursuant to F.R.Civ.P. 41 and 56, and moves this court to dismiss any and all claims of all of the parties to this action. All of the parties except for the United States of America, General Services Administration and Day & Zimmerman have agreed to a voluntary dismissal as evidenced by a Stipulation of Dismissal being filed this same day. The remaining parties have no claims against CES and the action in its entirety should be dismissed with prejudice as against CES and costs awarded to CES against United States of America, General Services Administration and Day & Zimmerman for CES having to bring this motion. A separate Memorandum of Points and authorities is being filed herewith.

                                          Respectfully Submitted,
                                          Consolidated Engineering Services, Inc.

                                          By:   /s/ Sean C.E. McDonough
                                                Counsel

David D. Hudgins (DC Bar #362451)
dhudgins@hudginslawfirm.com
Sean C.E. McDonough (DC Bar #438599)
smcdonough@hudginslawfirm.com
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia  22314
(703) 739-3300 tel
(703) 739-3700 fax
Counsel for Consolidated Engineering Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Motion, Memorandum and proposed Order were served via electronic filing this 3rd day of March 2008 to:

**Michael H. Burgoyne**
LANDSMAN, BURGOYNE & RONALD
The Sophmar Building
Six East Mulberry Street
Baltimore, MD 21202
(410) 752-4220
Fax: (410) 752-4046
Email: mburgoyne@tthlaw.com
*and*
**Samuel J. Pace, Jr.**
DUGAN BRINKMANN MAGINNIS & PACE
1880 John F. Kennedy Boulevard
Suite 1400
Philadelphia, PA 19103
(215) 563-3500
*Counsel for plaintiff Margaret Ann Hudert*
*Personal representative of the estate of*
*Joseph Hudert and as Parent and Next*
*Friend to Anthony Joseph Hudert,*
**Elizabeth Hudert**,*and*
*Anthony Joseph Hudert*
*Minor and primary beneficiary of the*
*estate of Joseph Hudert*

**Randell Hunt Norton**
**Kenneth Gordon Stallard**
**Matthew Wesley Carlson**
**Sean Gordon Ryan**
THOMPSON, O'DONNELL, LLP
1212 New York Avenue NW
Suite 1000
Washington, DC 20005
(202) 289-1133
Fax: (202) 289-0275
Email: rhn@tomnh.com
Email: kgs@tomnh.com
Email: mwc@tomnh.com
Email: sgr@tomnh.com
*and*
**Anthony B. Taddeo, Jr.**
LECLAIR RYAN
951 East Byrd Street
Richmond, VA 23218
(804) 916-7197
Fax: (804) 916-7297
Email: anthony.taddeo@leclairryan.com
*and*
**John Michael Fitzpatrick**
LECLAIR RYAN
707 East Main Street
Richmond, VA 23219
(804) 343-4172
Fax: 804-783-2294
Email: jfitzpatrick@leclairryan.com
*Counsel for Cherry Hill Construction, Inc.*

2

| | |
|---|---|
| **Daniel R. Lanier**<br>**Joseph L. Beavers**<br>**Alicia C. Reynolds**<br>MILES & STOCKBRIDGE<br>10 Light Street<br>Baltimore, MD 21202<br>(410) 385-3651<br>Fax: (410) 385-3700<br>Email: dlanier@milesstockbridge.com<br>Email: jbeavers@milesstockbridge.com<br>Email: areynolds@milesstockbridge.com<br>*Counsel for Alion Science & Technology Corp.* | **Frederick Arnold Douglas**<br>**Robert Lee Dillard, Jr.**<br>DOUGLAS & BOYKIN, PLLC<br>1850 M Street, NW<br>Suite 640<br>Washington, DC 20036<br>(202) 776-0370<br>Fax: (202) 776-0975<br>Email: FADouglas@DBO-Law.com<br>Email: rdillard@douglasboykin.com<br>*Counsel for District of Columbia Water and Sewer Authority* |
| **James Francis Jordan**<br>**David P. Durbin**<br>JORDAN, COYNE & SAVITS<br>1100 Connecticut Avenue, NW<br>Suite 600<br>Washington, DC 20036<br>(202) 496-2801<br>Fax: (202) 496-2800<br>Email: j.jordan@jocs-law.com<br>Email: d.durbin@jocs-law.com<br>*Counsel* for *Grunley-Walsh Joint Venture, LLC* | **Thomas Patrick Ryan**<br>**Jonathan Clark**<br>MCCARTHY WILSON LLP<br>210 East Lexington Street<br>Suite 200<br>Baltimore, MD 21202<br>(410) 528-7700<br>Fax: (410) 528-7736<br>Email: ryant@mcwilson.com<br>*Counsel for M&M Welding & Fabricators, Inc.* |
| **John Truong**<br>**John F. Henault, Jr.**<br>UNITED STATES ATTORNEY'S OFFICE FOR D.C.<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 307-1249<br>Fax: (202) 514-8780<br>john.henault@usdoj.gov<br>john.truong@usdoj.gov<br>*Counsel for United States of America and General Services Administration* | **Norman Brooks**<br>**Theodore Segletes**<br>913 M. Market Street<br>Suite 800<br>Wilmington, DE 19801<br>nbrooks@mooclaw.com<br>TSegletes@mooclaw.com<br>*Counsel for Day & Zimmerman* |

/s/ Sean C.E. McDonough
Counsel