# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
**MARGARET ANN HUDERT, et al.**    )
)
      **Plaintiffs,**    )    **Civil Action No. 1:05-cv-00545**
)        **(RBW)**
**v.**    )
)
**ALION SCIENCE & TECHNOLOGY**    )
**CORP., et al.**    )
)
      **Defendants.**    )
_____)

## DEFENDANT CONSOLIDATED ENGINEERING SERVICES, INC.'S MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

COMES NOW Defendant, Consolidated Engineering Services, Inc., (hereinafter "CES") by and through the undersigned counsel, pursuant to F.R.Civ.P. 41 and 56, and moves this court to dismiss any and all claims of all of the parties to this action. All of the parties except for the United States of America, General Services Administration and Day & Zimmerman have agreed to a voluntary dismissal as evidenced by a Stipulation of Dismissal being filed this same day and attached hereto as EXHIBIT 1. The remaining parties have no claims against CES and the action in its entirety should be dismissed with prejudice as against CES and costs awarded to CES against United States of America, General Services Administration and Day & Zimmerman for CES having to bring this motion.

## I.     INTRODUCTION

This case arises out of an unexpected release of steam in a manhole in the vicinity of 17th Street, N.W., Washington, D.C. in April 2004.  Approximately 130 federal buildings in the District of Columbia are heated by steam.  The General Services Administration is the federal entity with responsibility for the steam plant and the steam distribution system.  Prior to 2002, the GSA operated, maintained and inspected the steam plant and steam distribution system.  In 2002, Day & Zimmerman successfully bid the contract for the 12 miles of piping outside of the steam plant.  That contract went into effect in 2002 and that is the contract at issue in this litigation.  Under the contract, D&Z was to perform weekly inspections in the tunnels, vaults and manholes that make up the system.  D&Z was also to perform a schedule of preventative maintenance ("PM") throughout the system.

In 2003 and 2004, there was a steam line replacement project occurring on 17th Street in Washington, D.C.  GSA contracted with a company named Grunley Walsh ("GW") to perform the steam line replacement.  That project encompassed several manholes including the one designated as Manhole 11.  Grunley Walsh used subcontractors for aspects of the project.  One of the subcontractors was Cherry Hill Construction.  There were also simultaneous projects occurring in support of the White House.  Alion Science and Technology oversaw the White House projects including monitoring the 17th Street Project.

The steam line replacement was performed by GW.  As part of the 17th Street Project, GSA approved a change order to install a new water main along 17th Street.  Grunley Walsh subcontracted with Cherry Hill to install the new water main.  The work

was done at night so as to not disrupt traffic in and around the White House.  On the night of April 22nd and the morning of April 23rd, GW and Cherry Hill were completing the tie-in of the new water main on 17th Street.  Frank Stotmeister was the superintendent on site for GW.  The plaintiffs' decedent Joe Hudert was the Field Superintendent for Cherry Hill.

Subsequent to the water main tie-in, Stotmeister and Hudert went to Manhole 11. Stotmeister entered the manhole.  Hudert followed and stayed on the ladder while holding a flashlight.  There was a steam release explosion that injured Hudert and Stotmeister. Both were burned and transported to the hospital where they later died.

## II.     BASIS FOR DISMISSAL

At the time the plaintiffs filed their claims and various other parties filed their crossclaims, the parties had not conducted any discovery and were unclear about the role, if any, of CES.  Plaintiffs specifically alleged that CES had contract responsibilities in the steam tunnels and with the pipes.

Since that time, the parties have exchanged thousands of pages of documents and taken numerous depositions in an identical case filed by the Personal Representative of Frank Stotmeister pending in D.C. Superior Court, *Mary Stotmeister et al. v. Alion Science & Technology, Inc. et al.*, Civil Action No. 2004 CA 009735 B.  The discovery revealed that CES had no connection or responsibility with the steam tunnels, lines or manholes in April 2004.

What occurred is that in 2004, CES approached D&Z about purchasing the steam distribution contract.  CES already had a similar contract for maintenance and repairs at the steam plant.  Negotiations occurred after the date of the accident and D&Z agreed to

sell the contract to CES.  The sale was effective August 30, 2004, more than 4 months

after the accident.  Please see EXHIBIT 2 -- Affidavit of Richard Small.

Since that fact was revealed and made the subject of extensive discovery, all of

the parties except United States of America, General Services Administration and Day &

Zimmerman have agreed to dismiss the case pursuant to a Stipulation of Dismissal, a

copy of which is attached as EXHIBIT 1.

Undersigned counsel has made repeated attempts by regular mail, e-mail and

telephone message seeking the consent of United States of America, General Services

Administration and Day & Zimmerman to the dismissal of the case.

Undersigned counsel and counsel to the United States of America and General

Services Administration have traded phone calls but not yet successfully reached one

another to address the issue.  Undersigned counsel's last phone message was left on

March 3 at approximately 9 a.m.

Undersigned counsel has made repeated attempts to reach counsel to Day &

Zimmerman including detailed voicemail messages.  The last such voicemail was left

March 3, 2008 at approximately 9:15 a.m.  Counsel to Day & Zimmerman has made no

attempt to respond.

Dismissal of the entire action as against CES is warranted in light of the lack of

evidence of CES have any connection with the events at issue in this litigation.  All of the

parties at issue with CES agree.  Moreover, there are no pending crossclaims or third

party claims between CES on the one hand and the United States of America, General

Services Administration and Day & Zimmerman on the other hand.  Since there is no

basis for a claim against CES and no pending claims against CES, the case should be

dismissed. Because United States of America, General Services Administration and Day & Zimmerman failed to cooperate in the timely orderly dismissal of the case, they should reimburse CES all of its attorneys' fees and costs associated with their non-cooperation.

Respectfully Submitted,

Consolidated Engineering Services, Inc.

By:     /s/ Sean C.E. McDonough
          Counsel

David D. Hudgins (DC Bar #362451)
dhudgins@hudginslawfirm.com
Sean C.E. McDonough (DC Bar #438599)
smcdonough@hudginslawfirm.com
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia  22314
(703) 739-3300 tel
(703) 739-3700 fax
Counsel for Consolidated Engineering Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Motion, Memorandum and proposed Order were served via electronic filing this 3rd day of March 2008 to:

| | |
|---|---|
| **Michael H. Burgoyne** | **Randell Hunt Norton** |
| LANDSMAN, BURGOYNE & RONALD | **Kenneth Gordon Stallard** |
| The Sophmar Building | **Matthew Wesley Carlson** |
| Six East Mulberry Street | **Sean Gordon Ryan** |
| Baltimore, MD 21202 | THOMPSON, O'DONNELL, LLP |
| (410) 752-4220 | 1212 New York Avenue NW |
| Fax: (410) 752-4046 | Suite 1000 |
| Email: mburgoyne@tthlaw.com | Washington, DC 20005 |
| *and* | (202) 289-1133 |
| **Samuel J. Pace, Jr.** | Fax: (202) 289-0275 |
| DUGAN BRINKMANN MAGINNIS & | Email: rhn@tomnh.com |
| PACE | Email: kgs@tomnh.com |

5

1880 John F. Kennedy Boulevard
Suite 1400
Philadelphia, PA 19103
(215) 563-3500
*Counsel for plaintiff Margaret Ann Hudert*
*Personal representative of the estate of*
*Joseph Hudert and as Parent and Next*
*Friend to Anthony Joseph Hudert,*
**Elizabeth Hudert**,*and*
*Anthony Joseph Hudert*
*Minor and primary beneficiary of the*
*estate of Joseph Hudert*

Email: mwc@tomnh.com
Email: sgr@tomnh.com
*and*
**Anthony B. Taddeo, Jr.**
LECLAIR RYAN
951 East Byrd Street
Richmond, VA 23218
(804) 916-7197
Fax: (804) 916-7297
Email: anthony.taddeo@leclairryan.com
*and*
**John Michael Fitzpatrick**
LECLAIR RYAN
707 East Main Street
Richmond, VA 23219
(804) 343-4172
Fax: 804-783-2294
Email: jfitzpatrick@leclairryan.com
*Counsel for Cherry Hill Construction, Inc.*

**Daniel R. Lanier**
**Joseph L. Beavers**
**Alicia C. Reynolds**
MILES & STOCKBRIDGE
10 Light Street
Baltimore, MD 21202
(410) 385-3651
Fax: (410) 385-3700
Email: dlanier@milesstockbridge.com
Email: jbeavers@milesstockbridge.com
Email: areynolds@milesstockbridge.com
*Counsel for Alion Science & Technology*
*Corp.*

**Frederick Arnold Douglas**
**Robert Lee Dillard, Jr.**
DOUGLAS & BOYKIN, PLLC
1850 M Street, NW
Suite 640
Washington, DC 20036
(202) 776-0370
Fax: (202) 776-0975
Email: FADouglas@DBO-Law.com
Email: rdillard@douglasboykin.com
*Counsel for District of Columbia Water*
*and Sewer Authority*

**James Francis Jordan**
**David P. Durbin**
JORDAN, COYNE & SAVITS
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202) 496-2801
Fax: (202) 496-2800
Email: j.jordan@jocs-law.com
Email: d.durbin@jocs-law.com
*Counsel* for *Grunley-Walsh Joint Venture,*

**Thomas Patrick Ryan**
**Jonathan Clark**
MCCARTHY WILSON LLP
210 East Lexington Street
Suite 200
Baltimore, MD 21202
(410) 528-7700
Fax: (410) 528-7736
Email: ryant@mcwilson.com
*Counsel for M&M Welding & Fabricators,*
*Inc.*

*LLC*

**John Truong**
**John F. Henault, Jr.**
UNITED STATES ATTORNEY' S
OFFICE FOR D.C.
555 Fourth Street, NW
Washington, DC 20530
(202) 307-1249
Fax: (202) 514-8780
john.henault@usdoj.gov
john.truong@usdoj.gov
*Counsel for United States of America and*
*General Services Administration*

**Norman Brooks**
**Theodore Segletes**
913 M. Market Street
Suite 800
Wilmington, DE 19801
nbrooks@mooclaw.com
TSegletes@mooclaw.com
*Counsel for Day & Zimmerman*

/s/ Sean C.E. McDonough
Counsel