UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ALION SCIENCE & TECHNOLOGY )<br>CORP., et al. )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:05-cv-00545<br>(RBW) |

**PRAECIPE OF DISMISSAL OF DEFENDANT CONSOLIDATED
ENGINEERING SERVICES, INC. ONLY WITH PREJUDICE**

Pursuant to FRCP 41, it is hereby stipulated by the undersigned, counsel of record for the parties in this action, that any and all claims asserted by the plaintiffs and the three cross-claimants M&M Welding & Fabricators, Inc., District of Columbia Water and Sewer Authority and Grunley-Walsh Joint Venture, LLC, or any other party, are dismissed as to defendant Consolidated Engineering Services, Inc. with prejudice and without costs to any party as against the other. All claims and cross-claims by, between or among the other parties herein remain open.



Dated: February 25, 2008        **Plaintiff Margaret Ann Hudert**
                                **Personal representative of the estate of Joseph**
                                **Hudert and as Parent and Next Friend to**
                                **Anthony Joseph Hudert, Elizabeth Hudert,**
                                **andAnthony Joseph Hudert Minor and primary**
                                **beneficiary of the estate of Joseph Hudert**


/s/ Michael Burgoyne
**Michael H. Burgoyne**
Thomas, Thomas & Hafer LLP
The Sophmar Building
Six East Mulberry Street
Baltimore, MD 21202
Phone: (410) 752-0075
Fax: (410) 752-4744
mburgoyne@tthlaw.com
*and*
**Samuel J. Pace, Jr.**
DUGAN BRINKMANN MAGINNIS & PACE
1880 John F. Kennedy Boulevard
Suite 1400
Philadelphia, PA 19103
(215) 563-3500
*Counsel for Plaintiffs*


Dated: February 25, 2008        **CONSOLIDATED ENGINEERING**
                                **SERVICES, INC.**

/s/ Sean C.E. McDonough
**Sean C.E. McDonough (#438599)**
**David D. Hudgins**
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, VA 22314
Telephone: 703-739-3300
*Counsel Consolidated Engineering Services, Inc.*

Dated: February 25, 2008                    **M&M WELDING & FABRICATORS, INC.**


/s/ Jonathan Clark
**Thomas Patrick Ryan**
**Jonathan Clark**
MCCARTHY WILSON LLP
210 East Lexington Street
Suite 200
Baltimore, MD 21202
(410) 528-7700
Fax: (410) 528-7736
Email: ryant@mcwilson.com
*Counsel for M&M Welding & Fabricators, Inc.*


Dated: February 25, 2008                    **DISTRICT OF COLUMBIA WATER**
                                            **AND SEWER AUTHORITY**


/s/ Frederick Arnold Douglas
**Frederick Arnold Douglas**
**Robert Lee Dillard, Jr.**
DOUGLAS & BOYKIN, PLLC
1850 M Street, NW
Suite 640
Washington, DC 20036
(202) 776-0370
Fax: (202) 776-0975
Email: FADouglas@DBO-Law.com
Email: rdillard@douglasboykin.com
*Counsel for District of Columbia Water and Sewer Authority*

Dated: February 29, 2008     **GRUNLEY-WALSH JOINT VENTURE, LLC**

　　　　　　　　　　　　　　　　/s/ James F. Jordan
　　　　　　　　　　　　　　**James Francis Jordan**
　　　　　　　　　　　　　　**David P. Durbin**
　　　　　　　　　　　　　　JORDAN, COYNE & SAVITS
　　　　　　　　　　　　　　1100 Connecticut Avenue, NW
　　　　　　　　　　　　　　Suite 600
　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　(202) 496-2801
　　　　　　　　　　　　　　Fax: (202) 496-2800
　　　　　　　　　　　　　　Email: j.jordan@jocs-law.com
　　　　　　　　　　　　　　Email: d.durbin@jocs-law.com
　　　　　　　　　　　　　　*Counsel* for *Grunley-Walsh Joint Venture, LLC*

Dated: February 26, 2008     **CHERRY HILL CONSTRUCTION, INC.**

　　　　　　　　　　　　　　　　/s/ Randell Hunt Norton
　　　　　　　　　　　　　　**Randell Hunt Norton**
　　　　　　　　　　　　　　**Sean Gordon Ryan**
　　　　　　　　　　　　　　THOMPSON, O'DONNELL, LLP
　　　　　　　　　　　　　　1212 New York Avenue NW
　　　　　　　　　　　　　　Suite 1000
　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　(202) 289-1133
　　　　　　　　　　　　　　Fax: (202) 289-0275
　　　　　　　　　　　　　　Email: rhn@tomnh.com
　　　　　　　　　　　　　　Email: sgr@tomnh.com

Dated: February 26, 2008                ALION SCIENCE & TECHNOLOGY CORP.


        /s/ Joseph L. Beavers
**Daniel R. Lanier**
**Joseph L. Beavers**
**Alicia C. Reynolds**
MILES & STOCKBRIDGE
10 Light Street
Baltimore, MD 21202
(410) 385-3651
Fax: (410) 385-3700
Email: dlanier@milesstockbridge.com
Email: jbeavers@milesstockbridge.com
Email: areynolds@milesstockbridge.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic filing this 3rd day of March 2008 to:

**Michael H. Burgoyne**
LANDSMAN, BURGOYNE & RONALD
The Sophmar Building
Six East Mulberry Street
Baltimore, MD 21202
(410) 752-4220
Fax: (410) 752-4046
Email: mburgoyne@tthlaw.com
*and*
**Samuel J. Pace, Jr.**
DUGAN BRINKMANN MAGINNIS & PACE
1880 John F. Kennedy Boulevard
Suite 1400
Philadelphia, PA 19103
(215) 563-3500
*Counsel for plaintiff Margaret Ann Hudert*
*Personal representative of the estate of*
*Joseph Hudert and as Parent and Next*
*Friend to Anthony Joseph Hudert,*
**Elizabeth Hudert**,*and*
*Anthony Joseph Hudert*
*Minor and primary beneficiary of the*
*estate of Joseph Hudert*

**Randell Hunt Norton**
**Kenneth Gordon Stallard**
**Matthew Wesley Carlson**
**Sean Gordon Ryan**
THOMPSON, O'DONNELL, LLP
1212 New York Avenue NW
Suite 1000
Washington, DC 20005
(202) 289-1133
Fax: (202) 289-0275
Email: rhn@tomnh.com
Email: kgs@tomnh.com
Email: mwc@tomnh.com
Email: sgr@tomnh.com
*and*
**Anthony B. Taddeo, Jr.**
LECLAIR RYAN
951 East Byrd Street
Richmond, VA 23218
(804) 916-7197
Fax: (804) 916-7297
Email: anthony.taddeo@leclairryan.com
*and*
**John Michael Fitzpatrick**
LECLAIR RYAN
707 East Main Street
Richmond, VA 23219
(804) 343-4172
Fax: 804-783-2294
Email: jfitzpatrick@leclairryan.com
*Counsel for Cherry Hill Construction, Inc.*

Daniel R. Lanier
Joseph L. Beavers
Alicia C. Reynolds
MILES & STOCKBRIDGE
10 Light Street
Baltimore, MD 21202
(410) 385-3651
Fax: (410) 385-3700
Email: dlanier@milesstockbridge.com
Email: jbeavers@milesstockbridge.com
Email: areynolds@milesstockbridge.com
*Counsel for Alion Science & Technology Corp.*

Frederick Arnold Douglas
Robert Lee Dillard, Jr.
DOUGLAS & BOYKIN, PLLC
1850 M Street, NW
Suite 640
Washington, DC 20036
(202) 776-0370
Fax: (202) 776-0975
Email: FADouglas@DBO-Law.com
Email: rdillard@douglasboykin.com
*Counsel for District of Columbia Water and Sewer Authority*

James Francis Jordan
David P. Durbin
JORDAN, COYNE & SAVITS
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202) 496-2801
Fax: (202) 496-2800
Email: j.jordan@jocs-law.com
Email: d.durbin@jocs-law.com
*Counsel* for *Grunley-Walsh Joint Venture, LLC*

Thomas Patrick Ryan
Jonathan Clark
MCCARTHY WILSON LLP
210 East Lexington Street
Suite 200
Baltimore, MD 21202
(410) 528-7700
Fax: (410) 528-7736
Email: ryant@mcwilson.com
*Counsel for M&M Welding & Fabricators, Inc.*

John Truong
John F. Henault, Jr.
UNITED STATES ATTORNEY'S OFFICE FOR D.C.
555 Fourth Street, NW
Washington, DC 20530
(202) 307-1249
Fax: (202) 514-8780
john.henault@usdoj.gov
john.truong@usdoj.gov
*Counsel for United States of America and General Services Administration*

Norman Brooks
Theodore Segletes
913 M. Market Street
Suite 800
Wilmington, DE 19801
nbrooks@mooclaw.com
TSegletes@mooclaw.com
*Counsel for Day & Zimmerman*


/s/ Sean C.E. McDonough
Counsel

7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARGARET ANN HUDERT, et al.  )
)
    Plaintiffs,  )  Civil Action No. 1:05-cv-00545
)  (RBW)
v.  )
)
ALION SCIENCE & TECHNOLOGY  )
CORP., et al.  )
)
    Defendants.  )
)

## AFFIDAVIT OF RICHARD SMALL

I, Richard Small, having been duly sworn, hereby state as follows:

1. I am over the age of eighteen and competent to testify to the following facts.

2. I am the Director of Operations of EMCOR Government Services (EMCOR), the successor to Consolidated Engineering Services, Inc. (CES). EMCOR is located at 320 23rd Street South, Arlington, Virginia.

3. Prior to my employment by CES/EMCOR, I was employed by Day & Zimmerman. My last job title for D&Z was also Director of Operations. I left D&Z and joined CES/EMCOR prior to the accident at issue in this litigation.

4. In 2004, CES had a contract with GSA to provide maintenance and repair at the steam plant in Washington, DC. The steam plant provides steam to multiple federal buildings through pipes that are buried or in tunnels. CES did <u>not</u> have

1



responsibility for operation, maintenance or repair of the tunnels or piping outside of the steam plant.

5. In 2004, at the time of the accident at issue in this lawsuit, D&Z had a contract with GSA to provide maintenance and repair of the steam distribution complex ("SDC") which includes the pipes that are buried and in tunnels in Washington, DC. CES had no role in or responsibility for the SDC.

6. In August 2004, several months **after** the accident at issue in this lawsuit, GSA novated the SDC contract from D&Z to CES. Up until August 2004, CES did not perform any repair or maintenance on the SDC.

7. As far as its role at the steam plant, at the time of the accident at issue in this lawsuit, CES did not monitor gauges or controls in the steam plant. GSA maintained total control over the operations and monitoring at the steam plant including the shut down and re-opening of valves and lines.

8. CES was available to GSA for maintenance at the plant only.

9. I have had my deposition taken in this case. I testified to the availability of CES employees for emergencies. This testimony related solely to the Steam Plant and **did not** include emergencies in the SDC. At the time of the accident at issue in this litigation, GSA had separately contracted with D&Z for work in the SDC.

10. On the date of the incident, CES did not operate, open or otherwise manipulate any of the valves that are a part of the SDC on its own initiative or at the direction of GSA or any other person or entity.

11. Prior to and up to the date of the accident at issue in this litigation, CES did not perform any operation functions of the Steam Plant. Operations were the sole province of GSA.

12. Prior to and up to the date of the accident at issue in this litigation, with respect to Manhole 11, CES did not perform any repairs or maintenance work in Manhole 11.

January 18, 2008

_____
Richard Small

COUNTY OF ARLINGTON    )
COMMONWEALTH OF VIRGINIA)

I, Richard Small, solemnly affirm under oath that the contents of the foregoing paper are true and correct to the best of my knowledge.



Nancy Jean Gaskins
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7133736
My Commission Expires
May 31, 2011

_____
Notary Public and Number

January 18, 2008
_____
Date

My commission expires: _____

3