UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET ANN HUDERT, et al.** ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:05-cv-00545 |
| ) | (RBW) |
| v. ) | |
| ) | |
| **ALION SCIENCE & TECHNOLOGY** ) | |
| **CORP., et al.** ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of Defendant Consolidated Engineering Services, Inc.'s Motion to Dismiss and/or for Summary Judgment, any opposition thereto, and good cause having been shown, it is this _____ day of _____, 2008 hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that all claims stated by any and all parties therein against Consolidated Engineering Services, Inc. are hereby DISMISSED WITH PREJUDICE.

_____
The Honorable Reggie B. Walton
Judge, United States District Court
for the District of Columbia

**Copies to:**

**Michael H. Burgoyne**
LANDSMAN, BURGOYNE & RONALD
The Sophmar Building
Six East Mulberry Street
Baltimore, MD 21202
(410) 752-4220
Fax: (410) 752-4046
Email: mburgoyne@tthlaw.com
and
**Samuel J. Pace, Jr.**
DUGAN BRINKMANN MAGINNIS & PACE
1880 John F. Kennedy Boulevard
Suite 1400
Philadelphia, PA 19103
(215) 563-3500
*Counsel for plaintiff Margaret Ann Hudert*
*Personal representative of the estate of*
*Joseph Hudert and as Parent and Next*
*Friend to Anthony Joseph Hudert,*
**Elizabeth Hudert**,*and*
*Anthony Joseph Hudert*
*Minor and primary beneficiary of the*
*estate of Joseph Hudert*

**Randell Hunt Norton**
**Kenneth Gordon Stallard**
**Matthew Wesley Carlson**
**Sean Gordon Ryan**
THOMPSON, O'DONNELL, LLP
1212 New York Avenue NW
Suite 1000
Washington, DC 20005
(202) 289-1133
Fax: (202) 289-0275
Email: rhn@tomnh.com
Email: kgs@tomnh.com
Email: mwc@tomnh.com
Email: sgr@tomnh.com
and
**Anthony B. Taddeo, Jr.**
LECLAIR RYAN
951 East Byrd Street
Richmond, VA 23218
(804) 916-7197
Fax: (804) 916-7297
Email: anthony.taddeo@leclairryan.com
and
**John Michael Fitzpatrick**
LECLAIR RYAN
707 East Main Street
Richmond, VA 23219
(804) 343-4172
Fax: 804-783-2294
Email: jfitzpatrick@leclairryan.com
*Counsel for Cherry Hill Construction, Inc.*

**Daniel R. Lanier**
**Joseph L. Beavers**
**Alicia C. Reynolds**
MILES & STOCKBRIDGE
10 Light Street
Baltimore, MD 21202
(410) 385-3651
Fax: (410) 385-3700
Email: dlanier@milesstockbridge.com
Email: jbeavers@milesstockbridge.com
Email: areynolds@milesstockbridge.com
*Counsel for Alion Science & Technology Corp.*

**Frederick Arnold Douglas**
**Robert Lee Dillard, Jr.**
DOUGLAS & BOYKIN, PLLC
1850 M Street, NW
Suite 640
Washington, DC 20036
(202) 776-0370
Fax: (202) 776-0975
Email: FADouglas@DBO-Law.com
Email: rdillard@douglasboykin.com
*Counsel for District of Columbia Water and Sewer Authority*

| | |
|---|---|
| **James Francis Jordan** <br> **David P. Durbin** <br> JORDAN, COYNE & SAVITS <br> 1100 Connecticut Avenue, NW <br> Suite 600 <br> Washington, DC 20036 <br> (202) 496-2801 <br> Fax: (202) 496-2800 <br> Email: j.jordan@jocs-law.com <br> Email: d.durbin@jocs-law.com <br> *Counsel* for *Grunley-Walsh Joint Venture, LLC* | **Thomas Patrick Ryan** <br> **Jonathan Clark** <br> MCCARTHY WILSON LLP <br> 210 East Lexington Street <br> Suite 200 <br> Baltimore, MD 21202 <br> (410) 528-7700 <br> Fax: (410) 528-7736 <br> Email: ryant@mcwilson.com <br> *Counsel for M&M Welding & Fabricators, Inc.* |
| **John Truong** <br> **John F. Henault, Jr.** <br> UNITED STATES ATTORNEY'S OFFICE FOR D.C. <br> 555 Fourth Street, NW <br> Washington, DC 20530 <br> (202) 307-1249 <br> Fax: (202) 514-8780 <br> john.henault@usdoj.gov <br> john.truong@usdoj.gov <br> *Counsel for United States of America and General Services Administration* | **Norman Brooks** <br> **Theodore Segletes** <br> 913 M. Market Street <br> Suite 800 <br> Wilmington, DE 19801 <br> nbrooks@mooclaw.com <br> TSegletes@mooclaw.com <br> *Counsel for Day & Zimmerman* |