UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                :

MARGARET ANN HUDERT,              :
Personal Representative of the Estate of   :
JOHN HUDERT, et al.,                   :

        Plaintiffs,                      :

     v.                               :      1:05-cv-00545 (RBW)

ALION SCIENCE & TECHNOLOGY     :
CONSTRUCTION INC., et al.            :

        Defendants.                  :
_____:

### *Praecipe*

Will the Clerk of the Court please note the change in e-mail address of undersigned counsel for the District of Columbia Water and Sewer Authority.

                                              Respectfully submitted,

                                              *Frederick A. Douglas*
                                              Frederick A. Douglas
                                              Douglas & Boykin PLLC
                                              1850 M Street, NW
                                              Ste 640
                                              Washington D.C. 20036
                                              FADouglas@douglasboykin.com