UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARGARET ANN HUDERT, et al.** | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:05-cv-00545 |
| v. | ) ) ) | (RBW) |
| **ALION SCIENCE & TECHNOLOGY CORP., et al.** | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF RECENT DECISION

Defendant, Consolidated Engineering Services, Inc., (hereinafter "CES") by and through the undersigned counsel, hereby files this Notice of Recent Decision along with a copy of the recent decision. This Court was previously notified of litigation by a similarly situated plaintiff in the Superior Court for the District of Columbia, Case No. 2004 CA 009735 B (The Honorable Judith Retchin). In its Order dated March 28, 2004, the Superior Court for the District of Columbia granted in part CES's Motion to Dismiss and/or for Summary Judgment. The only issue not ruled on by the Court was CES's request for attorneys' fees and costs. A copy of the decision is being filed with this Notice.

2

       Respectfully Submitted,

       Consolidated Engineering Services, Inc.

       By:   <u>/s/ Sean C.E. McDonough</u>
               Counsel

David D. Hudgins (DC Bar #362451)
dhudgins@hudginslawfirm.com
Sean C.E. McDonough (DC Bar #438599)
smcdonough@hudginslawfirm.com
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia  22314
(703) 739-3300 tel
(703) 739-3700 fax
Counsel for Consolidated Engineering Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Notice was served via electronic filing this 8th day of April 2008 to:

**Michael H. Burgoyne**
LANDSMAN, BURGOYNE & RONALD
The Sophmar Building
Six East Mulberry Street
Baltimore, MD 21202
(410) 752-4220
Fax: (410) 752-4046
Email: mburgoyne@tthlaw.com
*and*
**Samuel J. Pace, Jr.**
DUGAN BRINKMANN MAGINNIS & PACE
1880 John F. Kennedy Boulevard
Suite 1400
Philadelphia, PA 19103
(215) 563-3500
*Counsel for plaintiff Margaret Ann Hudert*
*Personal representative of the estate of Joseph Hudert and as Parent and Next Friend to Anthony Joseph Hudert,*
**Elizabeth Hudert**,*and*
*Anthony Joseph Hudert*
*Minor and primary beneficiary of the estate of Joseph Hudert*

**Randell Hunt Norton**
**Kenneth Gordon Stallard**
**Matthew Wesley Carlson**
**Sean Gordon Ryan**
THOMPSON, O'DONNELL, LLP
1212 New York Avenue NW
Suite 1000
Washington, DC 20005
(202) 289-1133
Fax: (202) 289-0275
Email: rhn@tomnh.com
Email: kgs@tomnh.com
Email: mwc@tomnh.com
Email: sgr@tomnh.com
*and*
**Anthony B. Taddeo, Jr.**
LECLAIR RYAN
951 East Byrd Street
Richmond, VA 23218
(804) 916-7197
Fax: (804) 916-7297
Email: anthony.taddeo@leclairryan.com
*and*
**John Michael Fitzpatrick**
LECLAIR RYAN
707 East Main Street
Richmond, VA 23219
(804) 343-4172
Fax: 804-783-2294
Email: jfitzpatrick@leclairryan.com
*Counsel for Cherry Hill Construction, Inc.*

**Daniel R. Lanier**
**Joseph L. Beavers**
**Alicia C. Reynolds**
MILES & STOCKBRIDGE
10 Light Street
Baltimore, MD 21202
(410) 385-3651
Fax: (410) 385-3700
Email: dlanier@milesstockbridge.com
Email: jbeavers@milesstockbridge.com
Email: areynolds@milesstockbridge.com
*Counsel for Alion Science & Technology Corp.*

**Frederick Arnold Douglas**
**Robert Lee Dillard, Jr.**
DOUGLAS & BOYKIN, PLLC
1850 M Street, NW
Suite 640
Washington, DC 20036
(202) 776-0370
Fax: (202) 776-0975
Email: FADouglas@DBO-Law.com
Email: rdillard@douglasboykin.com
*Counsel for District of Columbia Water and Sewer Authority*

**James Francis Jordan**
**David P. Durbin**
JORDAN, COYNE & SAVITS
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202) 496-2801
Fax: (202) 496-2800
Email: j.jordan@jocs-law.com
Email: d.durbin@jocs-law.com
*Counsel* for *Grunley-Walsh Joint Venture, LLC*

**Thomas Patrick Ryan**
**Jonathan Clark**
MCCARTHY WILSON LLP
210 East Lexington Street
Suite 200
Baltimore, MD 21202
(410) 528-7700
Fax: (410) 528-7736
Email: ryant@mcwilson.com
*Counsel for M&M Welding & Fabricators, Inc.*

**John Truong**
**John F. Henault, Jr.**
UNITED STATES ATTORNEY'S OFFICE FOR D.C.
555 Fourth Street, NW
Washington, DC 20530
(202) 307-1249
Fax: (202) 514-8780
john.henault@usdoj.gov
john.truong@usdoj.gov
*Counsel for United States of America and General Services Administration*

**Norman Brooks**
**Theodore Segletes**
 913 M. Market Street
Suite 800
Wilmington, DE 19801
nbrooks@mooclaw.com
TSegletes@mooclaw.com
*Counsel for Day & Zimmerman*

/s/ Sean C.E. McDonough
Counsel