SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| **MARY S. STOTMEISTER**, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | Case No. 2004 CA 009735 B |
| v. : | Judge Retchin |
| : | Calendar 14 |
| **ALION SCIENCE AND** : | |
| **TECHNOLOGY CORP.**, *et al.*, : | Next Event: Status Hearing 06/06/2008 |
| : | |
| Defendants. : | |

### ORDER GRANTING IN PART MOTION TO DISMISS DEFENDANT CONSOLIDATED ENGINEERING SERVICES, INC.
(March 28, 2008)

This matter is before the Court on the Motion to Dismiss and/or for Summary Judgment of Defendant Consolidated Engineering Services, Inc. filed on March 3, 2008. Defendant Day & Zimmerman Services, Inc. has not filed a response. For the reasons stated below, the Court **grants in part** the instant motion and dismisses Consolidated Engineering Services, Inc. with prejudice.

The instant motion informs the Court that all parties except for defendant Day & Zimmerman Services, Inc. ("D&Z") consent to the relief sought by defendant Consolidated Engineering Services, Inc. ("CES"). Despite CES's stated multiple attempts to discuss this matter with D&Z, CES states it was unable to file a full consent motion and seeks an award of attorneys' fees and costs from D&Z. CES argues "discovery revealed that CES had no connection or responsibility with the steam tunnels, lines or manholes in April 2004" and that the accident giving rise to this action occurred several months prior to CES purchasing the steam

distribution contract from D&Z. (Mem. P. & A. Supp. Mot. Dismiss Def. CES, 3.) Therefore, CES argues it should be dismissed from this action and awarded its attorneys' fees and costs from D&Z for filing this motion.

At the Status Hearing on March 7, 2008, the Court addressed this motion. Counsel for D&Z noted a concern to the motion regarding the statement, "That contract went into effect in 2002 and that is the contract at issue in this litigation." (*See Id*. at 2.) D&Z requested an opportunity to respond to the motion which the Court noted was allowed. The Court stated that D&Z had until March 24, 2008, to file a response. The Court additionally encouraged CES and D&Z to discuss this matter after the hearing to attempt to resolve the matter. The Court has received no filings regarding this issue since that date and is unaware if CES and D&Z were able to reach any kind of agreement.

Because all parties except for D&Z consent to the dismissal of CES, and because D&Z has not responded to CES's motion, the Court now treats the instant motion as conceded and grants in part the motion. *See* Super. Ct. Civ. R. 12-I(e). CES has provided no accounting of its alleged costs or attorneys' fees incurred in filing the instant motion. CES and D&Z may already have resolved this issue between themselves. If those parties have not resolved that issue, and if CES still seeks costs and attorneys' fees, CES may file a motion addressing the issue and specific amount of costs and attorneys' fees sought. Because the Court is not specifically awarding costs or attorneys' fees, the Court grants this motion in part.

Wherefore, it is this 28th day of March, 2008, hereby

**ORDERED** that the Motion to Dismiss and/or for Summary Judgment of Defendant Consolidated Engineering Services, Inc. is **GRANTED IN PART**; it is further

**ORDERED** that all claims stated by all and any parties therein against Consolidated Engineering Services, Inc. are hereby **DISMISSED WITH PREJUDICE**, and Consolidated Engineering Services, Inc. is **DISMISSED** from this action.

Judge Retchin
Associate Judge

Copies Electronically Served to:

William P. Lightfoot, Esquire
D.C. Bar No. 313593

Daniel R. Lanier, Esquire
*Pro Hac Vice*

Joseph Beavers, Esquire
*Pro Hac Vice*

Eileen O'Brien, Esquire
D.C. Bar No. 483451

Randell H. Norton, Esquire
D.C. Bar No. 187716

Robert Dillard, Esquire
D.C. Bar No. 492948

Frederick Douglas, Esquire
D.C. Bar No. 197897

David Hudgins, Esquire
D.C. Bar No. 362451

Sean McDonough, Esquire
D.C. Bar No. 438599

Michael T. Hamilton, Esquire
D.C. Bar No. 474233

Dawn R. Courtney, Esquire
D.C. Bar No. 414534

Lawrence D. Granite, Esquire
*Pro Hac Vice*

Scott E. Snyder, Esquire
D.C. Bar No. 461813

Thomas P. Ryan, Esquire
D.C. Bar No. 348862

Theodore J. Segletes, III, Esquire
*Pro Hac Vice*

Norman Brooks, Esquire


Copies Mailed to:

Theodore J. Segletes, III, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Wilmington, DE 19081

Norman H. Brooks, Jr., Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street
Wilmington, DE 19081