UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT, ET AL., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 05-545 (RBW) |
| ALION SCIENCE & TECH. CORP., ET AL., | )<br>)<br>) |
| Defendants, | )<br>) |
| v. | )<br>) |
| UNITED STATES OF AMERICA, ET AL., | )<br>)<br>) |
| Third-Party Defendants. | ) |

### ORDER TO SHOW CAUSE

Defendants United States of America, General Services Administration ("USGSA") and Day & Zimmerman (collectively "the defendants") are on this 18th day of August, 2008, hereby ORDERED to show cause why defendant Consolidated Engineering Services, Inc.'s Motion to Dismiss and/or For Summary Judgment of Defendant Consolidated Engineering Services, Inc. ("CES"), filed on March 3, 2008, should not be granted with prejudice. It is further

**ORDERED** that the defendants' failure to respond to this ORDER to show cause by August 29, 2008, will result in CES's motion being granted with prejudice.[1]

---

[1] In the event CES's motion is granted, the Court will forthwith enter an Order requiring the remaining parties to submit a proposed Joint Scheduling Order by a designated date. Furthermore, upon receiving the proposed Joint Scheduling Order, the Court will schedule a Scheduling Conference, if a hearing is deemed necessary. Otherwise, a written ORDER will be issued from Chambers.

**SO ORDERED** this 18th day of August, 2008.

                                            REGGIE B. WALTON
                                            United States District Judge