# EXHIBIT A

GENERAL SERVICES ADMINISTRATION

NATIONAL CAPITAL REGION

ACCIDENT INVESTIGATION BOARD

ACCIDENT INVESTIGATION REPORT

STEAM RELEASE INJURY TO MR. FRANK STOTMEISTER
AND MR. JOE HUDERT

DATE OF ACCIDENT: APRIL 23, 2004

HEATING OPERATIONS AND TRANSMISSION DIVISION'S
STEAM TUNNEL MANHOLE 11
17TH AND H STREETS, N.W.
WASHINGTON, DC

1

TABLE OF CONTENTS

PART I    MEMORANDUM APPOINTING THE ACCIDENT INVESTIGATION BOARD

PART II   BACKGROUND INFORMATION

          General Information

          Methodology

PART III  INVESTIGATION REPORT

          Narrative

          Discussion

          Findings & Recommendations

          Conclusion

APPENDIX

A.    Photographs/Drawing

B.    Accident/Injury Notification Forms

C.    Glossary of Terms

PART I

MEMORANDUM APPOINTING THE ACCIDENT INVERSTIGATION BOARD

3



GSA National Capital Region

APR 3 0 2004

MEMORANDUM FOR  STEVEN RICHARD
DIRECTOR
SERVICE DELIVERY SUPPORT DIVISION (WPY)

FROM:          ANTHONY E. COSTA
ASSISTANT REGIONAL ADMINISTRATOR
PUBLIC BUILDINGS SERVICE (WP)

SUBJECT:       Accident Investigation Board

This memorandum serves to establish an Accident Investigation Board (AIB) to investigate the circumstances involved in the recent steam release accident and resultant injuries that occurred on April 23, 2004, at 17th Street, near the Eisenhower Executive Office Building. The AIB is established in accordance with GSA Order, ADM P 5940.1A, GSA Occupational Safety and Health Handbook.

The following PBS/NCR associates will serve on the AIB Committee:

| | |
|---|---|
| Chairman | Roy Thomas, Deputy Director, Special Services Center |
| Safety Representative | David James, HOTD |
| Safety Representative | Gregory Smith, WPYG |
| Engineer | Greg Westphal, HOTD |
| Engineer | Steven White, WPY |
| HOTD OSH Committee | Harry Washington, HOTD |

Please provide a formal report of the Committee's findings and recommendations to me upon completion. Copies will also be forwarded to the Regional Administrator, NCR, as well as the Commissioner, Public Buildings Service, upon my approval.

U.S. General Services Administration
301 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

4

PART II

BACKGROUND

5

**STATEMENT OF INTENT:** This investigation was conducted to determine the circumstances surrounding the steam release accident and resultant injuries to Mr. Frank Stotmeister and Mr. Joe Hudert and recommended actions to reduce the chance of such an incident occurring in the future.

1. GENERAL INFORMATION:

    a.    Time and Date of Accident: At approximately 8:51 a.m., Friday, April 23, 2004.

    b.    Individuals Involved:

        Joe Hudert, Construction Superintendent, Cherry Hill Construction, was severely burned as a result of exposure to steam and hot water and later died of injuries sustained;

        Frank Stotmeister, Construction Superintendent, Grunley-Walsh, severely burned as a result of exposure to steam and hot water and later died of injuries sustained; and

        Edwin Reyes, laborer, Cherry Hill Construction, was treated and released.

    c.    Location of Accident: Heating Operations and Transmission Division's (HOTD's) Manhole 11 located in front of the New Executive Office Building (NEOB), near the intersection of 17th & H Streets, N.W., Washington, DC. (Attachment #1)

    d.    Description of Accident Location: Steam Utility Vault underground.

    e.    Assigned Task: On April 23, 2004, Joe Hudert was the onsite Superintendent for Cherry Hill Construction subcontractor to Grunley-Walsh; Frank Stotmeister was the onsite Superintendent for Grunley-Walsh, the Prime Contractor for this project. At the time of the accident, Edwin Reyes, Cherry Hill Construction laborer, was assigned to guard the opening to Manhole 11.

## 2. METHODOLOGY

The Board used the following methodology to conduct its investigation:

Collected facts relevant to the event through interviews with event witnesses; review of event records, including the contract between GSA and Grunley-Walsh Joint Venture, Inc., contract number GS11P98MQD0108, and change orders; review of procedures for notification to HOTD to shut down and start up the steam line; examination of photographs taken during and after the event; and first-hand observations of locations critical to understanding the conditions giving rise to the event.

Correlated and analyzed the facts using event and causal factors charting. Developed conclusion and judgments of need, based on analysis of the data, for corrective actions addressing opportunities for improvement.

7

# PART III.

## INVESTIGATION REPORT

3. NARRATIVE:

This narrative is based on information compiled from the interviews, reports, and on-site investigation.

Description of the event:

Mr. Stotmeister entered Manhole 11 and proceeded to turn on the steam service valve that provides 250-psig steam to the New Executive Office Building (NEOB). (Attachment # 8) Once he opened the valve the steam pushed condensate water through the steam line and the condensate drip line could not drain the condensate fast enough or withstand the pressure. This event resulted in the rupture of the condensate drain plate. A massive release of condensate water and steam erupted within the manhole. (Attachment # 10) Mr. Hudert was standing on the ladder inside the manhole; the rush of water and steam ejected him out of the manhole landing upon the roadway. Mr. Stotmeister was either pushed out of the manhole by the erupting steam and water or climbed out rolling away from the hole. (Attachment # 2) Both individuals were treated at the scene and transported to hospital.

Events leading to this accident:

The U.S. General Services Administration, National Capital Region, Heating Operations and Transmission Division (HOTD), contracted with Grunley-Walsh to replace the steam/condensation system running under 17th Street, N.W., under contract number GS11P98MQD0108, dated July 26, 2002. Grunley-Walsh hired Cherry Hill Construction as a subcontractor to excavate, perform the water tap, insulate, and backfill. Prior to close out of this project and since the street was already open, verbal change order 7, dated February 11, 2004, was issued to run an 8-inch line tap under the street between Manholes 7 and 9. (Attachment #1) The purpose of this line was to dedicate a water line for the support of the planned Eisenhower Executive Office Building's (EEOB) new fire suppression systems. The steam work had been completed; the only item pending was the steam line insulation, new ladders, and new manhole lids. The first stage of steam was energized on or about April 1, 2004, and the second stage on April 10, 2004. The tie in project for the water line was to occur the night of the April 22, 2004.

At approximately 9:00 p.m. on April 22, 2004, Grunley-Walsh and Cherry Hill Construction arrived at the site to await the arrival of the District of Columbia Water and Sewer Authority (WASA). WASA was tasked to shut down the 20-inch main so that the 8-inch tap could be completed.

At approximately 9:30 p.m., the WASA crew arrived on site.

At approximately 10:00 p.m., Cherry Hill Construction began to remove the street plates covering the excavation between Manhole 8 (MH-8) and MH-9 so work

9

could commence. WASA located the shutoff valve on Pennsylvania Avenue, but it did not function properly and they could not shut off the water.

At approximately 11:00 p.m., the WASA crew secured the 8-inch water line, but was still searching for a shutoff valve for the 20-inch line.

At approximately 12:45 a.m. on April 23, 2004, Grunley-Walsh, Cherry Hill Construction, and GSA personnel discussed the time to tie in the lines to include the laying of the street plates so traffic could flow for the work day. The parties agreed that there should be enough time to complete the tasks.

At approximately 1:15 a.m., WASA confirmed that the 20-inch main had been shut off at 17th and L Streets, about five blocks from the closest identified shutoff valve on Pennsylvania Avenue. WASA stated it would take 30 to 45 minutes for it to drain. Cherry Hill Construction started to prepare for the tie in.

At approximately 2:00 a.m., Cherry Hill Construction staged water pumps at the excavation. Cherry Hill Construction cut into the 20-inch water line and the water began flooding the excavation areas. Water began flooding Manhole vaults 9 and 10. The water began to cover the uninsulated steam pipes in the steam vaults; steam was coming out the manholes. Some "hammering" of the steam pipe was noted in the street. The GSA Service Center Plumbing Shop received a phone call that water and steam was collecting in the mechanical room of the NEOB. (Attachment #1)

At approximately 2:30 a.m., GSA Service Center Plumbing Shop personnel entered the B-2 level steam room in the NEOB and closed the manual high side steam valve feeding the high pressure reducing valve (PRV) station which reduces the steam pressure from 250-psig to 40-psig. (Attachments #4 & 5) The high pressure reducing station for the 40-psig leg of the steam station was leaking. The steam and water were spraying in the direction of the chain valve (Attachment #7) that isolates the steam station from the street inlet. This condition forced the GSA Service Center Plumbing Shop personnel to shut off the high side of the 40-psig service isolation valve. (Attachment #6) Attempts to shut off the incoming steam with the motorized emergency shut off valve failed. The blow-down drains were opened on the downside of the PRV to drain off water and steam prior to removing the top plate of the valve.

Cherry Hill Construction employees, including Darrell Schneider, Utility Superintendent, and the work crew, noted that the steam pipes, at the excavation site where they were working on the 20 inch water line, were hammering. Grunley-Walsh employee Frank Stotmeister, Construction Superintendent, instructed the Cherry Hill employees that it was safe to continue working and that the steam lines were schedule 80 and could withstand the water hammering and jumping.

At approximately 3:00 a.m., a fire alarm was activated in the NEOB B-2 level steam station room.

At approximately 3:00 a.m. to 3:15 a.m., the DC Fire Department, Alion personnel, and GSA Service Center Plumbing Shop personnel responded and investigated the fire alarm. It was determined that the release of steam in the mechanical steam station room activated the heat detectors in the building.

GSA Service Center Plumbing Shop personnel were dispatched to get gasket material and remove and replace the damaged gasket on the pressure-reducing valve.

At approximately 3:30 a.m., the new gasket was installed and GSA White House Center Plumbing Shop personnel opened the 40-psig service leg isolation valve. The steam station and lines hammered very hard, violently shaking the system. The hammering was so violent that the GSA Service Center Plumbing Shop personnel fled the mechanical room in the NEOB. On the way out of the room they attempted to close the motorized emergency steam shutoff valve, but it did not function. They exited onto the street and met with Thomas Johnson, Customer Quality Manager, Alion. The hammering in the NEOB could be heard in the street. They explained the condition and requested that the steam line be shut off in the street. Thomas Johnson, Alion, said he would take care of it. He spoke to Mr. Stotmeister, whose reply was "I'll take care of it." Steam was still coming out of Manholes 9 and 10. The steam was the result of the flooding water contacting the uninsulated active steam line. Hammering still could be heard near manholes.

At approximately 3:45 a.m., Cherry Hill Construction completed the tie in of the 8-inch line. WASA Superintendent notified Grunley-Walsh that they were in the process of testing the tie in.

At approximately 4:00 a.m., the steam stopped flowing into the NEOB and the hammering in the building also stopped.

At approximately 4:30 a.m., WASA approved the pressure test of the 8 inch line.

At approximately 4:45 a.m., steam was still coming up from Manholes 9 and 10. The water pumps were running. The steam was greater at Manhole 10. Cherry Hill Construction crew leader, Noe Lopez, at the direction of Mr. Stotmeister and Mr. Hudert, placed a pump at the manhole to pump out the water.

At approximately 5:00 a.m., Cherry Hill Construction started to install the new 20-inch waterline tee after having problems removing the old section. Pumps were keeping up with the water drainage.

11

At approximately 5:30 a.m., the work should have been completed and the street open for traffic. Between New York and Pennsylvania Avenue, the northbound lane of 17th Street was closed and one southbound lane was open.

At approximately 6:30 a.m., Cherry Hill Construction told Alion that it would be another hour before the tee connection would be done. The Grunley-Walsh crew started to clear all loose items on the street and move them to designated areas.

At approximately 7:30 a.m., the Lead Plumber for the GSA Service Center Plumbing Shop, James Rosenberger, returned to the B-2 level steam station in the NEOB and noted that everything had drained down and it was "pretty quiet."

At approximately 7:30 a.m. to 8:00 a.m., GSA Service Center Plumber, Jeff Villanueva, was notified to close the 6-inch Chain Valve, which is the primary isolation valve between NEOB and 17th Street, in preparation for the steam valve in Manhole 11 being reopened. (Attachment #7)

At approximately 7:45 a.m., Grunley-Walsh had all barrels and signs removed from the street. Cherry Hill Construction was installing the road plates over the 8-inch line. WASA night shift departed the area, awaiting the day shift to arrive. The Director of the Service Center, Larry Melton, arrived and questioned Thomas Johnson, Customer Quality Manager, Alion, as to why the street was not clear.

At approximately 8:00 a.m., Cherry Hill Construction completed the tee at the 20-inch water line and requested WASA to reactivate the water line. The water was not turned on until after the accident.

At approximately 8:51 a.m., there was a massive release of steam and condensate water from Manhole 11. Mr. Hudert was standing on the ladder inside the manhole; the rush of water and steam ejected him out of the manhole into the air landing upon the roadway. Mr. Stotmeister either was pushed out of the manhole by the erupting steam and water or climbed out rolling away from the hole. Both individuals were treated at the scene and transported to hospital.

At approximately 9:26 a.m., the steam line valve at New York Avenue was shut off.

Following the accident, the isolation valve was found open. Steam moves at an average rate of 4000 feet per minute. Opening this valve resulted in this massive steam release.

## 4. DISCUSSION:

In the contract with Grunley-Walsh Joint Venture, Inc., contract number GS11P98MQD0108, the primary scope of work did not specify that HQTD was responsible for shutting down and re-energizing the steam distribution lines. However, the shut down procedures were noted in the change orders 3 – 6, dated (12/5/03, 12/22/03, 2/6/04, 2/6/04); specifically, that "Steam line shut-downs shall be provided by the Government as requested by the contractor". Further, in a letter dated December 10, 2003, from Grunley-Walsh to the Project Manager, Ajion, in reference to the 17th Street Steam Distribution Repairs and incorporated into the contract, the paragraph following number item 15 states: "Steam line shutdowns shall be provided by the Government as requested by the contractor.".

The contract further states, "The manholes and vaults are considered confined spaces and shall be treated as such. The contractor shall have an approved confined space entry program to ensure the safety of employees working on the project." The requirements for confined space entry were not complied with by the contractor for Manhole 11 on 23 April 2004. The contract required the contractor to submit to the contracting officer or designated representative a list of people who will be working for him/her in the tunnel (vault) at least one day in advance for their entry into the steam tunnel. The contractor failed to submit a list for 23 April 2004. The contract, in section B5, further states that the "contractor shall ensure that his employees follow all OSHA regulations for the work environment, and the contractor shall use sound engineering methods in the repairs of these areas."

The contract was modified seven times. A. PC01 (7/15/03) – Scope revised. Contactor shall furnish and install a temporary 800-horsepower boiler. B. PC02 (11/4/03) – Scope revised. Contractor shall replace the existing 10-inch steam line piping, expansion joints, pipe guides, anchors and branch line shut-off valves for the Winder Building and NEOB in the 17th Street manholes. C. PC03 (12/5/03) – Scope revised, partial funding. Contractor shall restore the manhole structures for Manholes 6, 7, and 8, remove and replace the top of the concrete vault between the steam tunnel and Manhole 8, and work deleted from Manhole 8 to the NEOB. "Steam line shutdowns shall be provided by the Government as requested by the contractor." D. PC04 (12/22/03) – Scope same as PC03, partial funding. E. PC05 (2/6/04) – Scope same as PC03, full funding. F. PC06 (2/6/04) – Scope revised. New 10" steam lines and 5" condensate lines to be installed between Manholes 8 & 9. "Steam line shutdowns shall be provided by the Government as requested by the contractor." PC07 – Scope revised verbally on 11 February 2004. Install an 8-inch line tapping into a 20-inch water main on 17th Street.

Steam outages were scheduled with HOTD prior to the event of 22 April 2004. In each instance, proper procedures were followed and HOTD was contacted for steam shut down and start up. The morning of the incident, WASA was having trouble finding a valve that would shut off the 20-inch main. Once the main was shut down, the window for the tie in was 2 and 1/2 hours. This was due to the street having to be reopened by 5:30 a.m. Prior to cutting into the 20-inch water line, the penetrations into the steam tunnels were not sealed and waterproofed to prevent water from entering into the steam tunnels.

Once the 20-inch main was cut and the water started flooding the excavation areas, this was the point of no return for the task. The tunnel from the excavation to Manhole 9 was not sealed to prevent water from flowing into the vaults. The flooding waters immersed the un-insulated steam pipes, resulting in a steam plume from the manholes and increased condensation developing in the line. Darrell Schneider, Cherry Hill Construction Utility Superintendent, twice requested that Frank Stotmeister, Grunley-Walsh Superintendent, shut off the steam. Mr. Stotmeister failed to contact HOTD to request a steam outage, as he was required to do. Thomas Johnson, Customer Quality Manager, Alion, who was also on the scene failed to contact HOTD for a steam outage.

The "water hammering" of the steam lines and increased condensation caused the gasket in the 40-psig steam pressure regulator valve (PRV) located in the mechanical room of the NEOB to disintegrate. The onsite Government plumbers shut off the high-pressure isolation valve of the 40-psig steam station. The emergency motorized steam shut off valve had been disconnected and did not function and did not isolate the NEOB from the incoming steam. The GSA plumbers removed and replaced the gasket and did not contact HOTD regarding the problem. Prior to the repair, the GSA plumbers did not close the chain valve and isolate the steam station from the incoming steam. After the repair, GSA plumbers opened the high-side isolation valve to the 40-psig steam station without contacting HOTD.

Thomas Johnson, Customer Quality Manager, Alion, knowing that HOTD was responsible for shutting off the steam, requested Frank Stotmeister, Grunley-Walsh Superintendent, to deal with the "water hammering" that was affecting the NEOB. Mr. Stotmeister had no documented experience working or controlling live steam distribution systems. Both Mr. Johnson and Mr. Stotmeister failed to comply with written direction found in change orders 3-6 and verbal direction provided in progress meetings that steam lines were to be shut off and energized only by HOTD. Mr. Stotmeister closed the isolation valve in Manhole 11 at approximately 4:00 a.m. This is supported by the facts that Mr. Johnson was heard by the Service Center plumbers telling Mr. Stotmeister to deal with the problem, the steam stopped flowing into the NEOB at that time. No calls were reported to HOTD, and no Government employees were in Manhole 11.

14

Grunley-Walsh also failed to take into consideration the amount of water that would flood the worksite and manholes, which resulted in water rising about the uninsulated 400 degree steam lines. Mr. Stotmeister is believed to have opened the isolation valve in Manhole 11 minutes before the steam accident and causing the accident. This is supported by the fact that at approximately the time of the accident Mr. Stotmeister was in Manhole 11 and the valve was found open after the accident.

Opening this valve resulted in this massive steam release. The drip leg plate weld failed due to a low-penetration weld, and the effect of the impact caused by the steam velocity pushed a condensate slug through the system. The bottom cap on the drip leg in Manhole 11 failed to withstand the impact of the water hammer generated when excessive condensate built up within the 10-inch steam piping system. Investigation revealed that the cap was field-fabricated from a piece of dished out steel of unknown origin. Records indicate this cap had been installed sometime in 1965. The cause of the cap failure appears to have been a brittle failure. Inspection of the cap demonstrated a lack of weld penetration.

The steam traps in Manholes 10 and 11 were inspected after the event and found to be operational.

15

FINDINGS & RECOMMENDATIONS:

PAGES 16-26 (NOT INCLUDED DUE TO REDACTION)

## 6. CONCLUSION:

This fatal accident was a result of the failure the Grunley-Walsh to comply with change orders 3-6 and verbal instructions provided in progress meetings which specified that steam line shutdowns shall be provided by the Government as requested by the contractor. Due to the accumulated condensate pressurized by the steam, the end plate on the drip leg failed when the isolation valve was opened in Manhole 11, resulting in a massive steam/water release in the vault. Had HOTD been contacted, they could have shut down the valve at New York Avenue and drained the line before opening the valve in Manhole 11. This would have eliminated the risk of injury. All the contractors involved were aware of the procedures to have the Government shutdown and energize the steam systems. They were also aware that the possibility of flooding would occur due to the penetrations in the vaults. This hazard potential was not adequately taken under consideration prior to task performance.

APPENDICES

A. Photographs

B. Accident/Injury Notification Forms

C. Glossary of Terms

# A. Photographs



Attachment # 01, Map of the Construction Site.

30

Manhole # 11 Accident Site (Shows Open Manhole Covers)
April 23, 2004
Attachment# 02



Attachment # 02

31

Excavation Site South of Manhole # 9 Where WASA Flooding Occurred
Note: Steam Lines Overtop 20" Water Main
April 23, 2004
Attachment# 03



Attachment # 03

NEOB 40 PSI Pressure Regulator (Spence) Valve Where GSA
Plumbing Shop Replaced Gasket
Attachment #  04



Attachment #04

33

Bottom Half of NEOB 40 PSI Feed PRV Leaking Water Prior to Gasket
Replacement By GSA Plumbing Shop
April 23, 2004 Attachment#  05



Attachment # 05

34

Manual Valve Closed By GSA Plumbing Shop to Allow for 40 PSI PRV Gasket.
Replacement. Created Water Hammer When GSA Plumber Tried to Open After
Gasket Replacement.
Attachment #   06



Attachment # 06

35

6 inch chain valve, first valve in the NEOB that can be used to shut off
the incoming steam from Manhole # 11
Attachment # _07_



Attachment # 07

36

Manhole #11 6" NEOB Feed Valve Contractor Closed Then Opened
April 25, 2004
Attachment# _08_



Attachment #8

Manhole # 11 Failed Drip Leg After Steam Release Accident
April 23, 2004
Attachment #   09



Attachment # 09

38



Failed Drip-Leg Cap From Manhole # 11 After Brittle Failure.
Lacking Weld Penetration With 1965 Field Fabricated Cap.

June 9, 2004

Attachment # 10

Attachment # 10

39

## B. Accident/Injury Notification Forms

| REPORT OF GSA PROPERTY DAMAGE OR NON-GSA EMPLOYEE PERSONAL INJURY | | 1. REPORT CONTROL NUMBER | |
|---|---|---|---|
| | | | 2. DATE OF ACCIDENT |
| This form is not to be used for reporting GSA motor vehicle accidents or GSA employee occupational injuries/illnesses. Use Standard Form 91 or 91A or CA-1 or CA-2 respectively. See reverse for complete instructions. | | 3. REGION NCR | 4/23/04 |
| | | | 3. ACCIDENT REPORT NUMBER |
| 4. PERSON'S NAME AND HOME ADDRESS Joe Hudert (Cherry Hill Construction) Superintendent | | 5. REASON FOR REPORT Non-Federal Personal Injury Federal Property Damage | |
| | | 6. PERSONS TELEPHONE NUMBER 1-800-252-2605 | 7. TIME OF ACCIDENT 8:30 AM PM |
| 8. EXACT LOCATION OF ACCIDENT 17TH & Pennsylvania Avenue Washington, DC HOTD's Steam Tunnel Manhole #11 | | 9. NAME AND ADDRESS OF GSA FACILITY GSA, NCR HOTD 13TH & C Street SW Washington, D.C. 20405 (DC000042Z) | |
| 10. MEDICAL EXPECTATION Hospitalized at MEDSTAR Hospital Third Degree Steam Burns | | | |
| 11. DISCUSS EQUIPMENT INVOLVED AND EXTENT OF DAMAGE 10" Main Steam Line Drip leg and condensate return line. | | | |

| 12. OWNER OF EQUIPMENT/VEHICLE INVOLVED | |
|---|---|
| A. NAME GSA, NCR, BOTD | B. ADDRESS 13TH & C Street SW Washington, D.C. |
| C. TELEPHONE NUMBER (202) 690-9720 | |

13. DETAILED DESCRIPTION OF ACCIDENT

Contractor was working at manhole #11 on 17TH Street in front of the NEOB when the 10" drip leg bottom cap blew off. This caused a massive hot steam discharge from manhole #11 resulting in two contractors being sever burned.

| 14. CORRECTIVE ACTION Recommend appointment of a GSA accident investigation team | | |
|---|---|---|
| A. CLASSIFICATION Replace damaged parts of steam system and inspect piping down line for damage before energizing the system. | | B. RESPONSIBLE PERSON John Bright C. ACTION DATE 4-27-04 |
| 15. NAME AND TITLE OF SUPERVISOR Steven R. Williford GSA, NCR, BOTD Director | 16. SIGNATURE OF SUPERVISOR | 17. TELEPHONE NUMBER 202-690-9720 18. DATE 4-27-04 |
| 19. COMMENTS | | |
| A. REVIEWING OFFICIAL | B. STEAM CLEARANCE OFFICIAL | |
| 20. NAME AND TITLE OF REVIEWING OFFICIAL Patricia Gresby-Williams  Branch Chief   SteH | 21. SIGNATURE OF REVIEWING OFFICIAL Patricia Gresby-Williams | 22. DATE 2-27-04 |
| 23. NAME AND TITLE OF STEAM CLEARANCE OFFICIAL | 23. SIGNATURE OF CLEARANCE OFFICIAL | |

Attachment # 11

41

| REPORT OF GSA PROPERTY DAMAGE OR<br>NON-GSA EMPLOYEE PERSONAL INJURY | | REPORT CONTROL NUMBER | |
|---|---|---|---|
| This form is not to be used for reporting GSA motor vehicle accidents or<br>GSA employee occupational injuries/illnesses. Use Standard Form 91 or 91A<br>or CA-1 or CA-2 respectively. See reverse for complete instructions | | 1. REGION<br>NCR | 3. DATE OF ACCIDENT<br>4/23/04 |
| 4. PERSON'S NAME AND HOME ADDRESS<br>Frank Stotmeister (Grunley-Walsh)<br>Superintendent | 5. REASON FOR REPORT<br>Non-Federal Personal Injury<br>Federal Property Damage | 2. ACCIDENT REPORT NUMBER | |

REPORT OF GSA PROPERTY DAMAGE OR NON-GSA EMPLOYEE PERSONAL INJURY

6. PERSON'S TELEPHONE NUMBER
001-881-8081

7. TIME OF ACCIDENT
8:30 AM PM

7. EXACT LOCATION OF ACCIDENT
17TH & Pennsylvania Avenue
Washington, DC
HOTD's Steam Tunnel Manhole #11

8. NAME AND ADDRESS OF GSA FACILITY
GSA, NCR HOTD
13TH & 'C' Street SW
Washington, D.C. 20405 (DG0004ZZ)

10. MEDICAL DISPOSITION
Hospitalized at MEDSTAR Hospital
Third Degree Steam Burns

11. GASOLINE EQUIPMENT INVOLVED AND EXTENT OF DAMAGE
10' Main Steam Line Drip leg and condensate return line.

12. OWNER OF EQUIPMENT/VEHICLE INVOLVED
A. NAME
GSA, NCR, HOTD

B. ADDRESS
13TH & C Street SW
Washington, D.C.

C. TELEPHONE NUMBER
(202) 690-9720

13. DETAILED DESCRIPTION OF ACCIDENT
Contractor was working at manhole #11 on 17TH Street in front of the
NEOB when the 10" drip leg bottom cap blew off. This caused a massive
steam discharge from manhole #11 resulting in two contractors being sever
burned.

14. CORRECTIVE ACTION Recommend appointment of a GSA accident investigation team
A. DESCRIPTION
Replace damaged parts of steam system and inspect
piping down line for damage before energizing the
system.

B. RESPONSIBLE PERSON
John Bright

C. ACTION DATE
4-27-04

15. NAME AND TITLE OF SUPERVISOR
Steven R. Williford
GSA, NCR, HOTD Director

16. SIGNATURE OF SUPERVISOR

17. TELEPHONE NUMBER
202-690-9720

18. DATE
4-27-04

19. COMMENTS

A. REVIEWING OFFICIAL

B. GSAR CLEARANCE OFFICIAL

19. NAME AND TITLE OF REVIEWING OFFICIAL
Patricia Gregory-Williams   Branch Chief SL-EX

21. SIGNATURE OF REVIEWING OFFICIAL

22. DATE

20. NAME AND TITLE OF CLEARANCE OFFICIAL

23A. SIGNATURE OF CLEARANCE OFFICIAL

23. DATE
4-27-04

Attachment # 12

# GLOSSARY OF TERMS

Condensate – Condensed steam

Condensate pump – A pump that pressurizes condensate allowing it to flow back to a collection tank, or boiler plant.

Drip legs – a pipe with a cap on it to collect condensate from a steam line.

Pounds per square in gauge (psig) – A unit of pressure in pounds force in comparison to local atmospheric pressure (as measured by a gauge).

Pressure Reducing Valve (PRV) – A valve that regulates the amount of steam allowed from a high-pressure service to a low-pressure service.

Steam trap – A steam trap is an automatic control valve that allows for the release of condensate, air, $CO_2$, and other noncondenseable gases, yet keeps live steam in the system.

Water hammer – A shock that results from the sudden collapse of a steam pocket in a two-phase line such as a condensate return line. Also the impingement of a water slug carried by relatively high velocity steam. Surge or water hammer, as it is commonly known is the result of a sudden change in liquid velocity. Water hammer usually occurs when a transfer system is quickly started, stopped or is forced to make a rapid change in direction. Any of these events can lead to catastrophic system component failure. Without question, the primary cause of water hammer in process applications is the quick closing valve, whether manual or automatic. A valve closing in 1.5 sec. or less depending upon valve size and system conditions causes an abrupt stoppage of flow. The pressure spike (acoustic wave) created at rapid valve closure can be high as five (5) times the system working pressure.

43

***THIS PAGE LEFT INTENTIONALLY BLANK***

44

CONCURRANCES:

_____     7/13/04
Roy J. Thomas Jr., Chairman, WPA                Date
Deputy Director, Special Service Division

_____     8/4/2004
David James, Safety Representative, HOTD         Date
Heating Operations & Transmission Division

_____     7/13/2004
Gregory Smith, Safety Representative, WPYG       Date
Safety & Environmental Management Branch

_____     7/13/04
Greg Westphal, Engineer, HOTD                   Date
Heating Operations & Transmission Division

_____     7/13/04
Harry Washington, HOTD OSH Committee, HOTD      Date
Heating Operations & Transmission Division

_____     5 AUG 2004
Steven White, Engineer, WPY                     Date
Special Delivery Support Division

45



COPY



GSA National Capital Region

November 15, 2004

Michael H. Burgoyne, Esquire
Landsman, Burgoyne & Ronald
The Sophmar Building
Six East Mulberry Street
Baltimore, Maryland 21202

Re: FOIA Request, NCR-04-100

Dear Mr. Burgoyne:

This is in response to your Freedom of Information Act (FOIA) Request, dated September 10, 2004. The General Services Administration (GSA) has determined to release the factual portions of the Accident Investigation Report (Report) concerning the circumstances involved in the accident which occurred on April 23, 2004, at 17th Street, near the Eisenhower Executive Office Building. The findings, recommendations, and action plans have been redacted from the Report. GSA has determined to withhold this information under the provisions of the fifth statutory exemption under FOIA (5 U.S.C. § 552 (b)(5)) which permits an agency to withhold predecisional documents that reflect the deliberative process, including those in which recommendations are made or opinions are expressed.

Release of this information would compromise the integrity of the GSA's internal decision making process by inhibiting the free flow of candid analyses and opinions. The fifth exemption under the FOIA protects the quality of the Government's decision-making process by ensuring that employees feel free to express their opinions and analyses, thereby ensuring that decision-makers have the benefit of open and candid evaluations and recommendations. These findings, recommendations, and any actions the Accident Investigation Board members took based on their own recommendations are segregated from the investigative facts, which have been provided.

You have a right to appeal this denial of your request. To do so, you must write within 120 days of your receipt of this letter to the Freedom of Information Act Officer (CAI), General Services Administration, 1800 F Street, NW., Washington, DC 20405. Your appeal must be in writing and should contain a brief statement of the reasons why the requested information should be released. Enclose copies of your initial request and this denial. Both the appeal letter and envelope should be marked prominently, "Freedom of Information Act Appeal."

U.S. General Services Administration
901 7th Street, SW
Washington, DC 20407-0001
www.gsa.gov

Sincerely,

Ebony Freeman
FOIA Coordinator
National Capital Region

Enclosures

## CERTIFICATE OF SERVICE

I, Brian L. Kasprzak, Esquire of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this 29th day of August, 2008, **Stonewall Insurance Company's Motion *In Limine* With Respect to the *Cavell* Complaint and all References Thereto** was served by using the LexisNexis File & Serve system, which will send notification of such filing to all counsel of record.


/s/ Brian L. Kasprzak
Dawn C. Doherty, Esquire (I.D. No. 3164)
Brian L. Kasprzak, Esquire (I.D. No. 3846)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorneys for Defendant*
*Stonewall Insurance   Company*