# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT, *et. al.*,<br>    Plaintiffs,<br><br>    v.<br><br>ALION SCIENCE & TECH. CORP., *et. al.*,<br>    Defendants,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et. al.*,<br>    Third-Party Defendants. | Civil Action No.: **05-cv-00545 (RBW)**<br>**06-cv-00834 (RBW)** |

## ORDER

The Court, having considered the Motion to Dismiss and/or for Summary Judgment filed by Consolidated Engineering Services, Inc. (D.I. 175), and the briefing filed in connection therewith; and having considered the responses to this Court's Show Cause Order dated August 18, 2008 (D.I. 180) filed by Defendants United States of America and Day & Zimmerman Services, Inc.; and having considered the applicable law and the record herein, Defendant Consolidated Engineering Services, Inc.'s Motion to Dismiss and/or for Summary Judgment is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all claims stated by any and all parties herein against Consolidated Engineering Services, Inc. are hereby DISMISSED WITHOUT PREJUDICE.

**It is So ORDERED this _____day of _____, 2008.**


_____
Reggie B. Walton
United States District Judge

**Copies to all Counsel of Record via ECF**

{DE115909.1}