UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT, *et. al.*,<br>　　Plaintiffs,<br><br>　　v.<br><br>ALION SCIENCE & TECH. CORP., *et. al.*,<br>　　Defendants,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et. al.*,<br>　　Third-Party Defendants. | Civil Action No.: 05-cv-00545 (RBW)<br>　　　　　　　　　　06-cv-00834 (RBW) |

### ORDER

The Court, having considered the Motion to Dismiss and/or for Summary Judgment filed by Consolidated Engineering Services, Inc. (D.I. 175), and the briefing filed in connection therewith; and having considered the responses to this Court's Show Cause Order dated August 18, 2008 (D.I. 180) filed by Defendants United States of America and Day & Zimmerman Services, Inc.; and having considered the applicable law and the record herein, Defendant Consolidated Engineering Services, Inc.'s Motion to Dismiss and/or for Summary Judgment is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** the parties to this action will be permitted to conduct limited discovery for a period of 90 days from the date of this Order, on the issue of Consolidated Engineering Services, Inc.'s responsibilities in connection with the maintenance and repair of the Steam Generation Plant located at 13th and C Streets in Washington, D.C., including the specific conduct of any CES employees present at the Plant on April 23, 2004.

**It is SO ORDERED** this _____ day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Reggie B. Walton
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**Copies to all Counsel of Record via ECF**

{DE115909.1}