UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT, *et. al.*,<br><br>　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br>and,<br>CONSOLIDATED ENGINEERING SERVICES, INC.,<br>and<br>DAY & ZIMMERMAN SERVICES, INC.<br><br>　　Defendants. | Civil Action No.: 06-00834 (RBW) |

**DEFENDANT DAY & ZIMMERMANN SERVICES, INC.'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

　　COMES NOW Defendant, Day & Zimmermann Services, Inc., (hereinafter "D&Z") by and through the undersigned counsel who, pursuant to Federal Rule of Civil Procedure 12(c), hereby moves this Honorable Court for an Order granting it judgment on the pleadings on Counts II, III and IV of Plaintiffs' First Amended Complaint. In support hereof, Defendant Day & Zimmermann Services, Inc. offers the opening brief being simultaneously filed herewith.

　　WHEREFORE, Defendant respectfully requests the Court grant its motion by entering the attached Order as proposed.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**MARKS, O'NEILL,**
　　　　　　　　　　　　　　　　　　　　**O'BRIEN & COURTNEY, P.C.**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael T. Hamilton*
　　　　　　　　　　　　　　　　　　　　Michael T. Hamilton, Esquire (474233)
　　　　　　　　　　　　　　　　　　　　913 N. Market Street, Ste. 800
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*Day & Zimmerman Services, Inc.*

DATE: September 5, 2008

{DE116319.1}