UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT, *et. al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>and,<br>CONSOLIDATED ENGINEERING SERVICES, INC.,<br>and<br>DAY & ZIMMERMAN SERVICES, INC.<br><br>    Defendants. | **Civil Action No.: 06-00834 (RBW)** |

## ORDER

AND NOW; this Court, having considered Defendant, Day & Zimmerman Services, Inc.'s Motion for Judgment on the Pleadings, and all opposition thereto; and having found the motion to be meritorious,

IT IS ORDERED this _____ day of _____, 2008 that Counts II thought IV of Plaintiffs' First Amended Complaint are hereby DISMISSED, WITH PREJUDICE, as to Defendant, Day & Zimmerman Services, Inc.

 

_____
REGGIE B. WALTON
United States District Judge

**Copies to all Counsel of Record via ECF**

{DE116455.1}