## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET ANN HUDERT, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-545 (RBW) |
| ALION SCIENCE & TECH. CORP., ET AL., | ) |
| Defendants, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, ET AL., | ) |
| Third-Party Defendants. | ) |

### ORDER

This matter is before the Court on defendant Consolidated Engineering Services, Inc.'s Motion to Dismiss and/or For Summary Judgment of Defendant Consolidated Engineering Services, Inc. ("CES"), filed on March 3, 2008. Upon consideration of the various filings by the parties, it is hereby

**ORDERED** that CES's Motion is granted in part and denied in part. It is further

**ORDERED** that CES is DISMISSED from this matter without prejudice until such time as discovery has been closed in this matter, whereupon if grounds for renaming CES as a party are not established such dismissal will become with prejudice.

**SO ORDERED** this 12th day of September, 2008.

              REGGIE B. WALTON
              United States District Judge